# EXHIBIT 6

**INTELLECTUAL VENTURES**®

June 6, 2025

Richard Alleyne
Chief Legal Officer
Munich Re
Königinstrasse 107
80802 Munich
Germany
ralleyne@munichre.com

Dear Mr. Alleyne,

I write on behalf of Intellectual Ventures Management, LLC ("IVM"). IVM provides management services to Invention Investment Fund I, L.P. ("IIF1") and Invention Investment Fund II, LLC ("IIF2", and together with IIF1, "IIF") as well as Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC ("IV II"). IIF, IV I, and/or IV II (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (approximately 4,400 worldwide patents and applications), which relate to a broad range of technologies. Many of these patented technologies should be of interest to Munich Re.

I would like to call your attention to an initial set of sample IIF patents, which cover technologies used in at least the example products, platforms, features, and/or services listed in the table below that Munich Re makes, uses, sells, offers for sale, imports, and/or encourages its customers and partners to make, use, sell, offer to sell and/or import:

| US Patent No. | Title | Assignee | Example Claim | Example Product/Feature |
|---|---|---|---|---|
| 7,257,582 | LOAD BALANCING WITH SHARED DATA | INTELLECTUAL VENTURES I LLC | 1 | Open Source Software: Munich's use of Spark and/or PySpark See Screen Shots enclosure. |
| 8,266,124 | INTEGRATED ASSET MANAGEMENT | CALLAHAN CELLULAR L.L.C. a wholly owned subsidiary of IIF2 | 1 | Open Source Software: Munich's use of Kubernetes See Screen Shots enclosure. |
| 8,332,844 | ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT | INTELLECTUAL VENTURES II LLC | 7 | Open Source Software: Munich's use of Docker / Containerization See ScreenvShots enclosure. |

Please note that these patents are offered as a list of example patents and example infringing products and that IV's investigation of Munich Re products and services is ongoing. Enclosed are copies of each of the patents listed above.

IV does not authorize Munich Re or Munich Re's customers or partners to practice any of the above patents and/or other IV patent rights without a license. IV is willing to offer a patent license and remains open to business discussions with Munich Re to negotiate such a license, either to the specifically referenced patents or to all or a subset of the IV patent rights.

I look forward to hearing from you at your earliest convenience.

Sincerely,

Steve Joroff
Licensing Executive
On behalf of:
Intellectual Ventures Management
14360 SE Eastgate Way
Bellevue, WA 98007
sjoroff@intven.com

**INTELLECTUAL** VENTURES®

Enclosures:
Patent No: US 7,257,582
Patent No: US 8,266,124
Patent No: US 8,332,844
Screen Shots for Notice Letter

CC: Michelle Macartney
    Chief Counsel, Patents and IIF Prosecution
    Intellectual Ventures Management, LLC
    mmacartney@intven.com

    Sean Paquette
    Corporate / IP Counsel
    Munich Re
    spaquette@munichre.com

    Alex Breger
    Senior Counsel
    Munich Re
    abreger@munichre.com



# MUNICH RE

**CONFIDENTIAL**

Redistribution is prohibited

Copyright © 2025 Intellectual Ventures Management, LLC (IV).  All rights reserved.

**CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED**
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

1

INTELLECTUALVENTURES®

# Legal Disclaimer

The information provided in and with this presentation is provided as of the date this presentation is first delivered. This presentation is confidential and remains the property of Intellectual Ventures Management.

Information regarding any patents provided herein is for illustrative purposes only and the fact that any particular patent or patent claim has been or is now being presented should not be interpreted to mean that such patents/patent claims are the "only" or "best" that could be presented. IIF offers options to license its entire patent portfolio as well as a license to (a) any and all patents that formed the basis of any EOUs, or (b) specifically identified patents selected, in either case, with the availability of any such license not being conditioned upon licensing any of the other IIF patents.

Interpretation of claim terminology is a matter of claim construction that is reserved for the courts.  The use of any claim terminology in this presentation does not represent the final position on claim construction, nor is it an admission of claim construction.  The parties understand that claim terms may be modified or adapted which may result in multiple or alternate interpretations of claim language.   The parties acknowledge that a future position regarding any patent or patent claim may change or be contrary to any position taken with respect to such patent/patent claim in this presentation.  Similarly, no position is being taken with respect to whether any patent or patent claim is essential or non-essential to any standard, nor whether any patent or patent claim confers a market dominant position.

Certain information contained in this presentation constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," or "believe," the negatives thereof or comparable terminology. Actual events or performance may differ materially from those contemplated in such forward-looking statements.

Certain information contained herein has been obtained from sources prepared by third parties. While such information is believed to be reliable for the purpose used herein, Intellectual Ventures Management does not assume any responsibility for the accuracy or completeness of such information and has not independently verified such information.

Any oral comments or suggestions are made in an effort to facilitate communication and are not final or binding on the parties.  There is no obligation on the part of any party with respect to any transactions contemplated herein and any such transactions will be subject to separately negotiated definitive agreement(s), including any other necessary documents related to the agreement(s), that have been approved and executed by the applicable parties.

All trademarks and tradenames used herein are the property of their respective owners.

**CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED**
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**INTELLECTUAL**VENTURES®

# Docker and Kubernetes



## Machine Learning Engineer

**Company**
Munich Re Life US
**Location**
New York , United States

Nice to have:

- Infrastructure: experience with ML platform / orchestration tools (e.g., MLFlow, Flyte, Sagemaker, etc); familiarity with containerization (e.g., Docker), orchestration (e.g., Kubernetes) and infrastructure-as-code (e.g., Terraform)
- Machine Learning: experience with Hugging Face, modelling libraries (e.g., scikit-learn, PyTorch), 3rd party LLMs (OpenAI models, Claude, etc.)

Published on 04/30/2025

**CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED**
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

INTELLECTUALVENTURES®

# Spark

 Munich RE

## Data Engineer Sr

**Company**
Munich Re America Services

**Location**
Princeton , United States

Published on 04/18/2025

**Required Skills and Experience:**

- Extensive hands on experience in SQL, Python, Data Integration/Ingestion and associated patterns – ETL tooling – ADF, Notebooks, Databricks, Delta Lake, Warehousing technologies and associated patterns, Cloud platforms – Azure preferred.
- 5+ years of experience as a data engineer, with a strong focus on the Azure stack and Databricks.
- Experience with on-prem and cloud versions of databases such as Oracle and SQL Server.
- Cloud data processing in Azure, AWS, or GCP
- Proficient in using cloud ETL tools, such as Informatica, ADF to design and implement data pipelines.
- Proven track record in cost optimization and performance optimization of data processing workflows.
- Excellent SQL skills, including advanced querying, optimization, and writing stored procedures.
- Experience in data modeling, data architecture, and data warehousing concepts.
- Strong programming skills in languages like Python, Scala, or Spark.
- Familiarity with version control systems (e.g., Git) and DevOps practices (CI/CD).
- Experience in migrating data and associated systems from on-prem to Cloud environments Ability to work collaboratively in a cross-functional team environment. Strong problem-solving and critical thinking skills. Excellent communication and interpersonal skills.
- Ability to work in a demanding and fast-paced environment.
- Experience with Agile delivery frameworks/methodologies (e.g. Scrum, SAFe) and tools (i.e. Jira, AzureDevOps).
- Professional certifications in public cloud and tooling – Informatica and Azure are highly desired.

**CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED**
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

INTELLECTUALVENTURES®

**CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED**
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.