# EXHIBIT 8

## Paquette Sean - MRAS-US

| | |
|---|---|
| **From:** | Steve Joroff <sjoroff@intven.com> |
| **Sent:** | Friday, June 6, 2025 11:17 AM |
| **To:** | Alleyne Richard - MRAS-US |
| **Cc:** | Paquette Sean - MRAS-US; Breger Alex - MRAS-US; Michelle Macartney |
| **Subject:** | Intellectual Ventures Patent Notice:  Munich Re |
| **Attachments:** | Enclosures for Notice Letter - Munich Re.zip; 2025 Notice Letter - Munich Re.pdf |

**This Message Is From an Untrusted Sender**

Report Suspicious

You have not previously corresponded with this sender.

Dear Mr. Alleyne,

Since our initial outreach on February 16, 2024, we have attempted to engage Munich Re in meaningful discussions regarding the licensing of our patented technologies. Unfortunately, we have not received any response to date.

Given the continued lack of engagement, we are now formally putting Munich Re on notice. Attached to this email, you will find the formal notice letter and supporting documents that detail our concerns. Hard copies will also follow.

We remain hopeful that this notice will encourage a more proactive approach. Should you have any questions or require clarification regarding the contents of this email or the attached materials, please feel free to have the appropriate person at Munich Re or your outside counsel, contact me directly.

Thank you for your attention to this matter.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
O - 425.247.2280

**INTELLECTUAL** VENTURES®

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

## Paquette Sean - MRAS-US

| | |
|---|---|
| **From:** | Steve Joroff <sjoroff@intven.com> |
| **Sent:** | Monday, August 26, 2024 2:38 PM |
| **To:** | Paquette Sean - MRAS-US |
| **Cc:** | Breger Alex - MRAS-US |
| **Subject:** | Re: Urgent: Munich Re & Intellectual Ventures Financial Services Licensing Program Discussion |

**This Message Is From an Untrusted Sender**                    Report Suspicious

You have not previously corresponded with this sender.

Mr. Paquette,

I hope this message finds you well. I'm writing to follow up on my previous correspondence from March 15, 2024. To date, I have not received any response or acknowledgment from you, which is concerning given the importance of this matter.

As of now, 26 financial services companies have secured licenses with Intellectual Ventures (IV) for our patent portfolio. My role is to ensure that one way or another, Munich Re is also properly licensed.

I strongly urge you to connect with me as soon as possible to discuss next steps. We are ready to provide the required information to assist with this process, but maintaining silence is not an option.

Please offer your availability for a meeting at your earliest convenience so we can move forward in a mutually beneficial manner.

Thank you for your prompt attention to this matter.

Best,

## Steve Joroff
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, March 15, 2024 3:29 PM
**To:** spaquette@munichre.com <spaquette@munichre.com>
**Cc:** abreger@munichre.com <abreger@munichre.com>
**Subject:** Urgent: Munich Re & Intellectual Ventures Financial Services Licensing Program Discussion

Mr. Paquette,

Following up on my previous attempts to connect regarding a patent license agreement between our organizations. Despite my numerous outreach attempts, I have yet to receive any response or acknowledgment from your end.

Efficient infringement is not going to be an effective strategy in this situation. Intellectual Ventures (IV) holds numerous patents covering various technologies that Munich Re is using, and therefore, they need to be licensed to IV's patent portfolio.

As part of our industry-wide patent licensing program, 19 financial services companies have already taken licenses. We are committed to ensuring that all organizations, including Munich Re, operate within the bounds of intellectual property law.

I strongly encourage you to schedule a meeting with me at your earliest convenience. Once a meeting is scheduled, I will share non-confidential material that will describe the IV patent portfolio, explain the licensing program, and provide sufficient details about the technologies Munich Re is using and the relevant IV patents.

Please let me know which of the following options works best for you:

- Tuesday, April 9: Any time

- Wednesday, April 10: Any time

- Thursday, April 11: 10-11:30 am ET or 12:30-5 pm ET

- Friday, April 12: 9-11 am ET

Your prompt response is greatly appreciated.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, February 16, 2024 10:02 AM
**To:** spaquette@munichre.com <spaquette@munichre.com>
**Cc:** abreger@munichre.com <abreger@munichre.com>
**Subject:** Urgent: Munich Re & Intellectual Ventures Financial Services Licensing Program Discussion

Dear Mr. Paquette,

I hope this email finds you well.

I am reaching out once again to follow up on our previous attempts to connect regarding a licensing agreement between our organizations. Despite several previous outreach attempts, we have yet to receive a response or acknowledgment from your end.

As mentioned before, our goal is to engage in good-faith negotiations to explore a mutually beneficial license arrangement. However, the lack of engagement from your side has left us in a challenging position, as we are unable to determine whether you are the appropriate contact person or if there is another individual within your organization we should be communicating with.

We have made it clear in our previous communications that if you are not the right person to respond, we kindly request that you forward our email string to the appropriate individual. Since we have not received any indication to the contrary, we can only assume that you are the designated contact for licensing discussions.

We understand that navigating licensing negotiations can be complex, but we remain committed to transparency and fairness in our approach. We are ready and willing to share non-confidential information about the Intellectual Ventures (IV) patent portfolio with you ahead of a scheduled meeting.

To facilitate this process, I have included some available time slots for an introductory meeting below:

- Tuesday, Feb. 20, between 9 am and 5 pm ET

- Wednesday, Feb. 21, from 9 am to 10 am ET or from 12 pm to 5 pm ET

- Thursday, Feb. 22, between 9 am and 11 am ET, or from 11:30 am to 2 pm ET

- Friday, Feb. 23, from 9 am to 1 pm ET

Please let me know which of these options works best for you, and I will make the necessary arrangements. We believe that a direct conversation will be beneficial in clarifying any questions or concerns you may have.

Thank you for your attention to this matter, and I look forward to your prompt response.


Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Tuesday, January 23, 2024 12:50 PM
**To:** spaquette@munichre.com <spaquette@munichre.com>
**Cc:** abreger@munichre.com <abreger@munichre.com>
**Subject:** Re: Urgent: Munich Re & Intellectual Ventures Financial Services Licensing Program Discussion

Dear Mr. Paquette,

I trust this email finds you well.

I'm circling back to our previous message regarding a crucial discussion on intellectual property and licensing matters between Intellectual Ventures (IV) and Munich Re. Your swift response to this email is pivotal to ensuring clarity and avoiding any potential misunderstandings.

At Intellectual Ventures, we're extending an offer to Munich Re that mirrors the transparent framework we're presenting to the entire financial services industry. Our fixed-price, non-negotiable licensing program is not a selective initiative; rather, it's a proposal we're making industry-wide.

Efficient Infringement won't prove effective in this scenario. IV is dedicated to cultivating a culture of respect for intellectual property rights within the financial services domain.

It's noteworthy that 17 financial services companies have already become licensees of the IV patent portfolio, recognizing the value and benefits of our approach.

To facilitate a smooth and transparent process, I kindly request you to forward this email to the appropriate person at Munich Re who can respond to our proposal. Your response or the initiation of a meeting before the end of January would be greatly appreciated.  I will share information about the IV patent portfolio and its relevance to Munich Re once we have a meeting scheduled.

I am available for a meeting on the following dates and times:

- Monday, January 29, any time between 9 am and 4 pm ET

- Tuesday, January 30, between 9 am and 12 pm, 12:30 pm and 2 pm, or 3 pm and 5 pm ET

- Wednesday, January 31, between 9 am and 4 pm ET

Thank you for your time and consideration. I look forward to the opportunity for a meaningful discussion.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, January 12, 2024 10:29 AM
**To:** spaquette@munichre.com <spaquette@munichre.com>
**Cc:** abreger@munichre.com <abreger@munichre.com>
**Subject:** Urgent: Munich Re & Intellectual Ventures Financial Services Licensing Program Discussion

Dear Mr. Paquette,

4

I trust this message finds you well.

I am following up on my previous communication regarding the Intellectual Ventures (IV) Financial Services Patent Licensing Program. As the Vice President of Licensing at IV, we must address the pressing need for a patent license agreement with Munich Re.
Our comprehensive program extends to all financial services companies, ensuring fair and impartial financial terms based on each company's U.S. revenue. I want to emphasize that this is not a selective initiative; all companies within the financial services sector are being presented with these terms.

The license terms will be shared with Munich Re in advance of any introductory meeting. This is not an offer that can be refused; rather, it is a crucial step to ensure compliance with IV's patent portfolio.

I understand the importance of protecting Munich Re's operations and intellectual property rights, and I am committed to facilitating a seamless process. The program is not designed to single out Munich Re; instead, it offers an opportunity for the efficient acquisition of rights to our patented technologies.

I request your prompt attention to this matter, and I am available to discuss the license terms in detail at your earliest convenience. Let us work together to secure a licensing agreement that safeguards both Munich Re's interests and IV's intellectual property rights.

Thank you for your immediate consideration.

Best,

**Steve Joroff**
Vice President, Licensing
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  https://calendly.com/intellectualventures/30min

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Wednesday, January 3, 2024 4:50 PM
**To:** spaquette@munichre.com <spaquette@munichre.com>
**Cc:** abreger@munichre.com <abreger@munichre.com>
**Subject:** Exploring Intellectual Property Licensing Opportunities - Between Intellectual Ventures and Münchener Rückversicherungs-Gesellschaft

Dear Mr. Paquette,

Allow me to introduce myself; I am Steve Joroff, the Vice President of Licensing at Intellectual Ventures (IV). At IV, I lead a dedicated team responsible for negotiating patent license agreements, particularly within the realm of banking, insurance, and financial services.

I am reaching out to initiate a dialogue concerning intellectual property and licensing matters with Munich Re.

5

Exploring the potential synergy between IV's extensive worldwide patent portfolio and Munich Re's endeavors could prove mutually advantageous. I propose that our initial discussion cover an overview of IV's expansive patent portfolio and its relevance to Munich Re's operations. Subsequently, both parties can collaboratively determine the direction of patent license discussions.

For context, Intellectual Ventures stands as a pioneer in patent aggregation, licensing, and sales. Over the past two decades, we've invested billions in acquiring, maintaining, and licensing patents. Presently, our portfolio boasts over 7,000 active patents procured from esteemed companies, research institutions, and inventors. Notably, these patents cover some of the technology integral to Munich Re's daily operations, including cloud computing, networking, security, storage, digital payments, and utilization of open-source software, among others.

I eagerly await your response and the proposal of suitable dates and times for our inaugural discussion. I believe our collaboration holds the potential for substantial mutual benefit and innovation.

Thank you for your attention, and I look forward to our imminent interaction.

Best,

**Steve Joroff**
Vice President, Licensing
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  https://calendly.com/intellectualventures/30min

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*