# EXHIBIT 9

# Invention Investment Fund (IIF) Insurance Licensing

1. **Insurance Licensing:** IIF offers to license its portfolio using a systematic approach across the financial services and insurance sectors, encompassing the entire scope of those businesses.

2. **Pricing Framework:** The pricing structure for a portfolio-wide license applies consistent metrics to industry parameters to ensure fairness and reliability.

   - **Pricing:** Pricing tiers are based on the most recently disclosed U.S. revenue for each IIF licensing customer, grouped by FinTech industry segments.
   - **Segment Designations:** Industry segment designations align with published customary Primary Industry Group classifications for each IIF licensing customer to facilitate understanding of pricing relevance.

3. **Outreach:** IIF is offering licenses to all financial services and insurance companies with business operations in the United States.

4. **License Scope:** IIF is offering a portfolio-wide perpetual nonexclusive, worldwide license to all patents IIF has the right to license as of the effective date of a definitive license agreement with IIF. Upon request, IIF will also consider offers to license (or purchase) selected patents from its portfolio.

5. **Industry-Related Litigations:** IIF seeks to enforce its patent rights, with patent litigations pending against JPMC, Liberty Mutual, and Comerica, with further actions planned.

| Licensee U.S. Revenue | Insurance License Fee |
|---|---|
| Greater than $50B | $5.25M |
| $25B to $50B | $4.50M |
| $10B to $25B | $3.50M |
| $5B to $10B | $2.75M |
| $2.5B to $5B | $2.25M |
| $1B to $2.5B | $1.75M |
| $0.5B to $1B | $1.25M |
| $0.1B to $0.5B | $1.00M |

CONFIDENTIAL – For Discussion Purposes
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.