# EXHIBIT 10

# U.S. Patent 7,669,081 (Lett et al.) Munich RE - Apache Spark and/or PySpark

**IV PROPRIETARY – SUBJECT TO FRE 408 (CONFIDENTIAL SETTLEMENT COMMUNICATION)**

This document contains proprietary information that shall not be distributed or redistributed.
Copyright © 2025 Intellectual Ventures Management, LLC (IV). All rights reserved.

**PDF Page # 1**

# Legal Disclaimer

The information provided in and with this presentation is provided as of the date this presentation is first delivered and contains proprietary information that shall not be further distributed or redistributed.

Information regarding any patents provided herein is for illustrative purposes only and the fact that any particular patent or patent claim has been or is now being presented should not be interpreted to mean that such patents/patent claims are the "only" or "best" that could be presented. IIF offers options to license its entire patent portfolio as well as a license to (a) any and all patents that formed the basis of any EOUs, or (b) specifically identified patents selected, in either case, with the availability of any such license not being conditioned upon licensing any of the other IIF patents.

Interpretation of claim terminology is a matter of claim construction that is reserved for the courts.  The use of any claim terminology in this presentation does not represent the final position on claim construction, nor is it an admission of claim construction.  The parties understand that claim terms may be modified or adapted which may result in multiple or alternate interpretations of claim language.   The parties acknowledge that a future position regarding any patent or patent claim may change or be contrary to any position taken with respect to such patent/patent claim in this presentation.  Similarly, no position is being taken with respect to whether any patent or patent claim is essential or non-essential to any standard, nor whether any patent or patent claim confers a market dominant position.

Certain information contained in this presentation constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," or "believe," the negatives thereof or comparable terminology. Actual events or performance may differ materially from those contemplated in such forward-looking statements.

Certain information contained herein has been obtained from sources prepared by third parties. While such information is believed to be reliable for the purpose used herein, IV does not assume any responsibility for the accuracy or completeness of such information and has not independently verified such information.

Any oral comments or suggestions are made to facilitate communication and are not final or binding on the parties. There is no obligation on the part of any party with respect to any transactions contemplated herein and any such transactions will be subject to separately negotiated definitive agreement(s), including any other necessary documents related to the agreement(s), that have been approved and executed by the applicable parties.

All trademarks and tradenames used herein are the property of their respective owners.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 2

# U.S. Pat. No. 7,669,081



US007669081B2

(12) **United States Patent**
Lett et al.

(10) Patent No.: US 7,669,081 B2
(45) Date of Patent: Feb. 23, 2010

(54) SYSTEMS AND METHODS FOR SCHEDULING, PROCESSING, AND MONITORING TASKS

(75) Inventors: **Richard Lett**, Fort Wayne, IN (US); **Gregory Renno**, Fort Wayne, IN (US); **Thomas Terwiel**, Fort Wayne, IN (US)

(73) Assignee: **Raytheon Company**, Waltham, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 487 days.

(21) Appl. No.: **11/535,723**

(22) Filed: **Sep. 27, 2006**

(65) **Prior Publication Data**
US 2008/0120620 A1      May 22, 2008

(51) Int. Cl.
*G06F 11/00* (2006.01)
(52) U.S. Cl. ............................................. 714/20; 714/15
(58) Field of Classification Search ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,170,340 A * | 12/1992 | Prokop et al. | 700/23 |
| 5,819,066 A * | 10/1998 | Bromberg et al. | 707/102 |
| 5,960,166 A | 9/1999 | Brown, III et al. | |
| 6,353,834 B1 * | 3/2002 | Wong et al. | 707/202 |
| 6,421,676 B1 * | 7/2002 | Krishnamurthy et al. | 707/102 |
| 6,430,703 B1 | 8/2002 | Connor et al. | |
| 6,757,897 B1 | 6/2004 | Shi et al. | |
| 6,766,471 B2 | 7/2004 | Meth | |
| 6,810,503 B1 | 10/2004 | David et al. | |
| 6,829,764 B1 | 12/2004 | Cohen et al. | |
| 6,904,595 B2 | 6/2005 | Alford et al. | |

(Continued)

OTHER PUBLICATIONS

Decision on Appeal, Before the Board of Patent Appeals and Interferences, Appeal No. 2003-1070, U.S. Appl. No. 09/021,727, Paper No. 31, Dec. 9, 2003. 17 pages, www.uspto.gov/web/offices/dcom/bpai/decisions/fd031070.pdf.

(Continued)

*Primary Examiner*—Michael C Maskulinski
(74) *Attorney, Agent, or Firm*—Daly, Crowley, Mofford & Durkee, LLP

(57) **ABSTRACT**

A computer-implemented method for performing a process is provided. The method comprises: (a) receiving a request to perform a process, the process comprising a plurality of tasks and at least a scheduler rule; (b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process; (c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule; (d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule; (e) creating the checkpoint state data for the first checkpoint; (f) saving the checkpoint state data for the first checkpoint; (g) processing the first task in accordance with the checkpoint rule associated with the first checkpoint; (h) determining the next task in the plurality of tasks to perform, based on the checkpoint rule associated with the first checkpoint; (i) updating the saved checkpoint data for the first checkpoint with the data and state associated with the first task; and (j) repeating steps (c) through (i) for each subsequent task and checkpoint, in accordance with the respective scheduler and checkpoint rules, until a predetermined condition has been reached.

33 Claims, 14 Drawing Sheets



CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 3

# U.S. Pat. No. 7,669,081 – Representative Claim

- At least claim 1 of Patent No. 7,669,081 reads on Munich RE's use of Apache Spark and/or PySpark

1. A computer-implemented method for performing a process, the method comprising:

   (a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

   (b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

   (c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

   (d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

   (e) creating the checkpoint state data for the first checkpoint; and

   (f) saving the checkpoint state data for the first checkpoint.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 4

# U.S. Pat. No. 7,669,081 – Representative Product

## Domain Scenarios of Apache Spark

Today, there is widespread deployment of Big Data tools. With each passing day, the requirements of enterprises increase, and therefore, there is a need for a faster and more efficient form of data processing. Most streaming data is in an unstructured format, coming in thick and fast continuously. Here, in this Apache Spark tutorial, we look at how Spark is used successfully in different industries.

### Industries Using Apache Spark



1 Banking    2 E-commerce    3 Healthcare    4 Media    5 Travel

### Banking

Spark is being increasingly adopted by the banking sector. It is mainly used here for financial fraud detection with the help of Spark ML. Banks use Spark to handle credit risk assessment, customer segmentation, and advertising. Apache Spark is also used to analyze social media profiles, forum discussions, customer support chats, and emails. This way of analyzing data helps organizations make better business decisions.

https://intellipaat.com/tutorial/spark-tutorial/

## Top 5 Apache Spark Use Cases

### #1) Spark Use Cases in Finance Industry:

Banks have started with the Hadoop alternatives as like Spark to access and also to analyze social media profiles, call recordings, complaint logs, emails and the like to provide better customer experience and also to excel in the field that they want to grow. This will also enable them to take right business decisions to take appropriate Credit risk assessment, targeted advertising and Customer segmentation.

One of the best examples is to cross-check on your payments, if they are happening at an alarming rate and also from various other geographical locations which could be practically impossible for a single individual to perform as per the time barriers – such fraudulent cases can be easily identified using technologies as like Apache Spark. This is just the beginning of the wonders that Apache Spark can create provided the necessary access to the data is made available to it. Banks have also put to use the business models to identify fraudulent transactions and have deployed them in batch environments to identify and arrest such transactions.

- Most of the banks have already invested heavily in using Apache Spark to provide them a unified view of an individual or an Organization, to target their business products based on the usage and also based on their requirements. Apache Spark in conjunction with Machine learning, can analyze the business spends of an individual and predict the necessary suggestions that a Bank must do to bring the customer into newer avenues of their products through Marketing department.
- Banking firms use analytic results to identify patterns around what is happening, and also can make necessary decisions on how much to invest and where to invest and also identify how strong is the competition in a certain area of business.

https://mindmajix.com/apache-spark-usecases

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 5

# U.S. Pat. No. 7,669,081 – Representative Product



## Spark Overview

Apache Spark is a unified analytics engine for large-scale data processing. It provides high-level APIs in Java, Scala, Python, and R, and an optimized engine that supports general execution graphs. It also supports a rich set of higher-level tools including Spark SQL for SQL and structured data processing, pandas API on Spark for pandas workloads, MLlib for machine learning, GraphX for graph processing, and Structured Streaming for incremental computation and stream processing.

*Source: https://spark.apache.org/docs/latest/*

At a high level, every Spark application consists of a *driver program* that runs the user's main function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

A second abstraction in Spark is *shared variables* that can be used in parallel operations. By default, when Spark runs a function in parallel as a set of tasks on different nodes, it ships a copy of each variable used in the function to each task. Sometimes, a variable needs to be shared across tasks, or between tasks and the driver program. Spark supports two types of shared variables: *broadcast variables*, which can be used to cache a value in memory on all nodes, and *accumulators*, which are variables that are only "added" to, such as counters and sums.

*Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html#overview*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 6

# U.S. Pat. No. 7,669,081 – Representative Product



**Company**

Munich Re America Services

**Location**

Princeton , United States

Published on 04/18/2025

**Required Skills and Experience:**

- Extensive hands on experience in SQL, Python, Data Integration/Ingestion and associated patterns – ETL tooling – ADF, Notebooks, Databricks, Delta Lake, Warehousing technologies and associated patterns, Cloud platforms – Azure preferred.
- 5+ years of experience as a data engineer, with a strong focus on the Azure stack and Databricks.
- Experience with on-prem and cloud versions of databases such as Oracle and SQL Server.
- Cloud data processing in Azure, AWS, or GCP
- Proficient in using cloud ETL tools, such as Informatica, ADF to design and implement data pipelines.
- Proven track record in cost optimization and performance optimization of data processing workflows.
- Excellent SQL skills, including advanced querying, optimization, and writing stored procedures.
- Experience in data modeling, data architecture, and data warehousing concepts.
- Strong programming skills in languages like Python, Scala, or Spark.
- Familiarity with version control systems (e.g., Git) and DevOps practices (CI/CD).
- Experience in migrating data and associated systems from on-prem to Cloud environments Ability to work collaboratively in a cross-functional team environment. Strong problem-solving and critical thinking skills. Excellent communication and interpersonal skills.
- Ability to work in a demanding and fast-paced environment.
- Experience with Agile delivery frameworks/methodologies (e.g. Scrum, SAFe) and tools (i.e. Jira, AzureDevOps).
- Professional certifications in public cloud and tooling – Informatica and Azure are highly desired.

| Job Title | Unit/brand | Locations |
|---|---|---|
| ML/AI Engineer | Munich Re America Services | Princeton |

## ML/AI Engineer

**Munich Re America Services, Princeton, United States**

| Entry level | Area of Expertise |
|---|---|
| Professional | IT/Cyber |

**Your job**

Job Overview:We are seeking a highly skilled Senior Data Engineer – Databricks Platform (ML & Feature Engineering Focus) with a strong software engineering background to join our AI/ML Engineering GSI IT Team. In this role, you will be focused on...

> Apply now    > Open job details

Published on 07/31/2025

**Preferred Qualifications:**
- **Advanced Degree:** Master's degree in Computer Science, Engineering, Mathematics, with 5+ years of ML implementation experience or Ph.D. with 2+ years of hands-on ML Project experience.
- **Experience with Big Data:** Strong proficiency with big data technologies such as Azure Databricks and Spark.
- **Leadership Experience:** Previous experience leading a team of data scientists or engineers.

*Source: https://www.munichre.com/en/careers/job-search.html#1930147607*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 7

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.



**Understanding Spark's Execution Model**

*Source: https://blog.det.life/decoding-jobs-stages-tasks-in-apache-spark-05c8b2b16114*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 8

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.

## The Spark Job Execution Pipeline: A Step-by-Step Journey

### Step 1: Job Submission

The journey begins when a user submits a Spark application using spark-submit, a command-line tool that launches the job (Spark Submit). Consider this word count application:

```
import org.apache.spark.sql.SparkSession

object WordCount {
  def main(args: Array[String]): Unit = {
    val spark = SparkSession.builder()
      .appName("WordCount")
      .master("local[*]")
      .getOrCreate()

    val df = spark.read.text("input.txt")
    val counts = df.selectExpr("explode(split(value, ' ')) as word")
      .groupBy("word").count()
    counts.write.mode("overwrite").save("output")
    spark.stop()
  }
}
```

What Happens:

- Driver Initialization: The driver program is launched, creating a SparkSession, the entry point for interacting with Spark Sparksession vs. SparkContext.

*Source: https://www.sparkcodehub.com/spark/fundamentals/how-it-works*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 9

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.



## Web UI

Apache Spark provides a suite of web user interfaces (UIs) that you can use to monitor the status and resource consumption of your Spark cluster.

## Jobs Tab

The Jobs tab displays a summary page of all jobs in the Spark application and a details page for each job. The summary page shows high-level information, such as the status, duration, and progress of all jobs and the overall event timeline. When you click on a job on the summary page, you see the details page for that job. The details page further shows the event timeline, DAG visualization, and all stages of the job.

The information that is displayed in this section is

- User: Current Spark user
- Total uptime: Time since Spark application started
- Scheduling mode: See job scheduling
- Number of jobs per status: Active, Completed, Failed

**Spark Jobs** (?)

**User:** pablo
**Total Uptime:** 9.1 min
**Scheduling Mode:** FIFO
**Active Jobs:** 1
**Completed Jobs:** 7

*Source: https://spark.apache.org/docs/latest/web-ui.html*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 10

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.

## Understanding Jobs, Stages, Tasks, and Execution Flow in Apache Spark



**Jobs in Spark:**

A job in Spark represents a single action (like 'count', 'collect', 'save', etc.) within a Spark application. When an action is called on a DataFrame or RDD, a job is created. Each job encompasses the entire program's execution, from reading data to performing transformations and executing actions.

**Key Points:**

*Triggering a Job:* Jobs are triggered by actions. Every action on a DataFrame or RDD creates at least one job.

*Job Execution:* The Spark driver program splits the job into stages based on the transformation lineage.

*Source: https://medium.com/@swayampravapanda686/understanding-jobs-stages-tasks-and-execution-flow-in-apache-spark-4983c4f5e177*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 11

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.

## The Spark Job Execution Pipeline: A Step-by-Step Journey

### Step 4: Logical Plan and DAG Creation

With resources allocated, the driver builds a **logical plan** and converts it into a **Directed Acyclic Graph (DAG)**, which represents the sequence of operations.

*Source: https://www.sparkcodehub.com/spark/fundamentals/how-it-works*

## Transformation and Actions in Apache Spark:

 Sanyam Jain ✅
Data Engineer at Pella Corporation | ▶️ Databricks ▶️ Spark ▶️ SQL ▶️ Azure| I Help Companies Optimize Data Infrastructure and Drive Actionable Insights |...

February 6, 2024

To summarize, transformations in Spark involve operations that modify Data structures, generating a new lineage without immediately executing the changes. The Directed Acyclic Graph (DAG) captures this logical plan, which is only executed upon triggering an action. Actions, like count(), collect(), or show(), tells the Spark engine to refer to the DAG and execute the entire sequence of transformations. This lazy evaluation mechanism allows for optimal processing efficiency. Furthermore, transformations can be categorized into narrow and wide transformations, with the former not requiring data movement between partitions and the latter involving shuffling data between partitions, which can be computationally expensive.

*Source: https://www.linkedin.com/pulse/transformation-actions-apache-spark-sanyam-jain-a9q7e/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV). All rights reserved.

PDF Page # 12

# U.S. Pat. No. 7,669,081 - Claim 1

**1.** A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.

> **Commentary**: The DAG ,which comprises a plurality of stages (checkpoints) is received at DAG scheduler.

## Directed Acyclic Graph DAG in Apache Spark

**(Directed Acyclic Graph) DAG** in **Apache Spark** is a set of **Vertices** and **Edges**, where *vertices* represent the **RDDs** and the *edges* represent the **Operation to be applied on RDD**. In Spark DAG, every edge directs from earlier to later in the sequence. On the calling of *Action*, the created DAG submits to **DAG Scheduler** which further splits the graph into the **stages** of the **task**.

*Source:* https://data-flair.training/blogs/dag-in-apache-spark/



A Sample DAG visual taken from Spark UI

*Source:* https://medium.com/@ashutoshkumar2048/dag-in-apache-spark-a3fee17f7494

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**PDF Page # 13**

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.

**Commentary**: *The Spark stages (checkpoints) associated with a job (process) will have a status such as active, pending, completed, skipped, or failed.*



3.5.5

Page: 1          1 Pages. Jump to 1     . Show 100     items in a page.   Go

## Stages Tab

The Stages tab displays a summary page that shows the current state of all stages of all jobs in the Spark application.

At the beginning of the page is the summary with the count of all stages by status (active, pending, completed, skipped, and failed)

### Stages for All Jobs

**Active Stages:** 1
**Pending Stages:** 1
**Completed Stages:** 13

In Fair scheduling mode there is a table that displays pools properties

**▾ Fair Scheduler Pools (3)**

| Pool Name | Minimum Share | Pool Weight | Active Stages | Running Tasks | SchedulingMode |
|---|---|---|---|---|---|
| production | 2 | 1 | 1 | 3 | FAIR |
| test | 3 | 2 | 0 | 0 | FIFO |
| default | 0 | 1 | 0 | 0 | FIFO |

After that are the details of stages per status (active, pending, completed, skipped, failed). In active stages, it's possible to kill the stage with the kill link. Only in failed stages, failure reason is shown. Task detail can be accessed by clicking on the description.

*Source: https://spark.apache.org/docs/latest/web-ui.html*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 14

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.

> **Commentary**: *The DAG Scheduler and Task Scheduler in Spark are responsible for scheduling the stage's tasks to be executed according to rules applicable for that stage (at least a respective checkpoint rule). For example, tasks can be organized and scheduled based on data locality rules, resource availability rules, rules that maintain shuffling dependencies, rules that minimize data shuffling across the network, FIFO rules, FAIR rules etc. These rules ensure tasks that require input from other tasks and/or stages will be completed in the correct order.*

The SCI Specific Business logic **106** provides a scheduler **104** that it is in communications with one or more rules **109** that govern the way a set of tasks will execute, as well as one or more tasks **111** to be executed. At least some of these rules are used by the common business component **112** described above.

*Source: '081 Patent Specification (Col 10 lines 11-16)*

1. **Task Scheduling:**

- The DAG Scheduler schedules tasks to be executed on the cluster. It organizes the tasks into stages and schedules them based on data locality and resource availability.

- It creates task sets for each stage and submits them to the Task Scheduler, which is responsible for distributing the tasks to the available executors.

1. **Handling Dependencies:**

- The DAG Scheduler maintains a dependency graph, ensuring that tasks are executed in the correct order. It only schedules a stage when all of its parent stages are completed.

- This approach minimizes data shuffling across the network, which is a common performance bottleneck in distributed computing.

*Source https://medium.com/@satrupapanda1/the-directed-acyclic-graph-dag-scheduler-is-a-fundamental-component-of-apache-spark-that-plays-a-baa62f3f93da*

## 1. Spark Stage

Spark application is broken down into Jobs for each and every action and Jobs are broken down into stages for every wider shuffle transformation and finally, stages are broken into tasks.



A Stage is a collection of tasks that share the same shuffle dependencies, meaning that they must exchange data with one another during execution.

*Source: https://sparkbyexamples.com/spark/what-is-spark-stage/#google_vignette*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV). All rights reserved.

**PDF Page # 15**

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.

## Step 5: Task Scheduling and Executor Execution

The driver's **DAG scheduler** assigns tasks to executors, coordinating execution across the cluster.

**Task Scheduling:**

- **Stage Submission:** The driver submits stages to the **Task Scheduler**, which maps tasks to executors based on data locality (processing data where it resides).
- **Task Creation:** Each partition of the data is processed by a task. For example, if input.txt has 4 partitions, Stage 1 creates 4 tasks Spark Partitioning.
- **Serialization:** The driver serializes task code and data dependencies, sending them to executors Spark DataFrame Serialization.

**Executor Execution:**

- **Task Receipt:** Executors receive tasks via the cluster manager, running them in parallel Spark Executors.
- **Computation:** Each task processes its partition:
  - In Stage 1, tasks read chunks of input.txt, split lines into words, and produce intermediate data.
  - In Stage 2, tasks shuffle data (e.g., redistribute words for grouping) and compute counts.
- **Tungsten Engine:** Optimizes memory and CPU usage with off-heap storage and code generation Spark Tungsten Optimization.
- **Caching:** Executors may cache data in memory for reuse, controlled by persist or cache Persist vs. Cache.

*Source: https://medium.com/@swayampravapanda686/understanding-jobs-stages-tasks-and-execution-flow-in-apache-spark-4983c4f5e177*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV). All rights reserved.

PDF Page # 16

# U.S. Pat. No. 7,669,081 - Claim 1

1. A computer-implemented method for performing a process, the method comprising:

(a) receiving a request to perform a process, the process having a state and comprising a plurality of tasks and at least a scheduler rule;

(b) receiving a plurality of checkpoints associated with the process, each checkpoint comprising checkpoint state data and at least a respective checkpoint rule governing execution of the process, wherein the checkpoint state data comprises information about the state of the process and wherein the checkpoint rule defines, based at least in part on at least one of the checkpoint state data and a first predetermined condition, one or more of the plurality of tasks to be executed and the way in which the one or more tasks will execute;

(c) determining a first task of the plurality of tasks to be scheduled into a priority queue, in accordance with the scheduler rule;

(d) determining the first checkpoint of the plurality of checkpoints that is to be the first checkpoint used in processing the first task, in accordance with the scheduler rule;

(e) creating the checkpoint state data for the first checkpoint; and

(f) saving the checkpoint state data for the first checkpoint.



## Stages Tab

The Stages tab displays a summary page that shows the current state of all stages of all jobs in the Spark application.

At the beginning of the page is the summary with the count of all stages by status (active, pending, completed, skipped, and failed)

**Stages for All Jobs**

**Active Stages:** 1
**Pending Stages:** 1
**Completed Stages:** 13

In Fair scheduling mode there is a table that displays pools properties

▼ Fair Scheduler Pools (3)

| Pool Name | Minimum Share | Pool Weight | Active Stages | Running Tasks | SchedulingMode |
|-----------|---------------|-------------|---------------|---------------|----------------|
| production | 2 | 1 | 1 | 3 | FAIR |
| test | 3 | 2 | 0 | 0 | FIFO |
| default | 0 | 1 | 0 | 0 | FIFO |

After that are the details of stages per status (active, pending, completed, skipped, failed). In active stages, it's possible to kill the stage with the kill link. Only in failed stages, failure reason is shown. Task detail can be accessed by clicking on the description.

*Source: https://spark.apache.org/docs/latest/web-ui.html*
*Source: https://spark.apache.org/docs/latest/web-ui.html*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 17



**CONFIDENTIAL – SUBJECT TO FRE 408**
See restrictions on title page.

**PDF Page # 18**

# U.S. Patent 8,332,844 (Kulkarni et al)
# Munich RE - Docker

**IV PROPRIETARY – SUBJECT TO FRE 408 (CONFIDENTIAL SETTLEMENT COMMUNICATION)**
This document contains proprietary information that shall not be distributed or redistributed.
Copyright © 2024 Intellectual Ventures Management, LLC (IV). All rights reserved.

**PDF Page # 19**

# Legal Disclaimer

The information provided in and with this presentation is provided as of the date this presentation is first delivered and contains proprietary information that shall not be further distributed or redistributed.

Information regarding any patents provided herein is for illustrative purposes only and the fact that any particular patent or patent claim has been or is now being presented should not be interpreted to mean that such patents/patent claims are the "only" or "best" that could be presented. IIF offers options to license its entire patent portfolio as well as a license to (a) any and all patents that formed the basis of any EOUs, or (b) specifically identified patents selected, in either case, with the availability of any such license not being conditioned upon licensing any of the other IIF patents.

Interpretation of claim terminology is a matter of claim construction that is reserved for the courts.  The use of any claim terminology in this presentation does not represent the final position on claim construction, nor is it an admission of claim construction.  The parties understand that claim terms may be modified or adapted which may result in multiple or alternate interpretations of claim language.   The parties acknowledge that a future position regarding any patent or patent claim may change or be contrary to any position taken with respect to such patent/patent claim in this presentation.  Similarly, no position is being taken with respect to whether any patent or patent claim is essential or non-essential to any standard, nor whether any patent or patent claim confers a market dominant position.

Certain information contained in this presentation constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," or "believe," the negatives thereof or comparable terminology. Actual events or performance may differ materially from those contemplated in such forward-looking statements.

Certain information contained herein has been obtained from sources prepared by third parties. While such information is believed to be reliable for the purpose used herein, IV does not assume any responsibility for the accuracy or completeness of such information and has not independently verified such information.

Any oral comments or suggestions are made to facilitate communication and are not final or binding on the parties. There is no obligation on the part of any party with respect to any transactions contemplated herein and any such transactions will be subject to separately negotiated definitive agreement(s), including any other necessary documents related to the agreement(s), that have been approved and executed by the applicable parties.

All trademarks and tradenames used herein are the property of their respective owners.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 20

# U.S. Pat. No. 8,332,844

(12) **United States Patent**
Kulkarni et al.

(54) **ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT**

(75) Inventors: **Pradip Kulkarni**, Pune (IN); **Mukul Kumar**, Pune (IN); **Adhir Potdar**, Pune (IN); **Richard Au**, Woodside, CA (US); **Tung Nguyen**, Cupertino, CA (US)

(73) Assignee: **Emendable Assets Limited Liability Company**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1193 days.

(21) Appl. No.: **11/709,477**

(22) Filed: **Feb. 21, 2007**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 11/395,816, filed on Mar. 30, 2006, now Pat. No. 7,721,282, which is a continuation-in-part of application No. 11/026,622, filed on Dec. 30, 2004, now abandoned.

(51) Int. Cl.
G06F 9/445 (2006.01)

(52) U.S. Cl. ..................................... **717/176**

(58) Field of Classification Search .................. 345/557; 717/176
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,113,523 A | 5/1992 | Colley |
| 5,127,104 A | 6/1992 | Dennis |
| 5,175,852 A | 12/1992 | Johnson et al. |
| 5,764,902 A | 6/1998 | Rothrock |
| 5,974,547 A | 10/1999 | Klimenko |
| 5,999,734 A | 12/1999 | Willis |
| 6,018,747 A | 1/2000 | Burns |

---

(12) **United States Patent**
Kulkarni et al.

(10) Patent No.: **US 8,332,844 B1**
(45) Date of Patent: **Dec. 11, 2012**

(54) **ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT**

(75) Inventors: **Pradip Kulkarni**, Pune (IN); **Mukul Kumar**, Pune (IN); **Adhir Potdar**, Pune (IN); **Richard Au**, Woodside, CA (US); **Tung Nguyen**, Cupertino, CA (US)

(73) Assignee: **Emendable Assets Limited Liability Company**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1193 days.

(21) Appl. No.: **11/709,477**

(22) Filed: **Feb. 21, 2007**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 11/395,816, filed on Mar. 30, 2006, now Pat. No. 7,721,282, which is a continuation-in-part of application No. 11/026,622, filed on Dec. 30, 2004, now abandoned.

(51) Int. Cl.
G06F 9/445 (2006.01)

(52) U.S. Cl. ..................................... 717/176

(58) Field of Classification Search .................. 345/557; 717/176
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,101,576 A * | 8/2000 | Kobayashi et al. | .......... | 711/122 |
| 6,195,680 B1 | 2/2001 | Goldszmidt | | |
| 6,292,941 B1 | 9/2001 | Jollands | | |
| 6,421,777 B1 * | 7/2002 | Pierre-Louis et al. | .......... | 713/2 |
| 6,442,605 B1 | 8/2002 | Rodriguez | | |
| 6,502,238 B1 | 12/2002 | Pavan et al. | | |
| 6,597,956 B1 | 7/2003 | Aziz | | |
| 6,606,744 B1 | 8/2003 | Mikurak | | |
| 6,745,192 B1 | 6/2004 | Libenzi | | |
| 6,751,658 B1 * | 6/2004 | Haun et al. | ......... | 709/222 |
| 6,779,177 B1 | 8/2004 | Bahrs | | |
| 6,871,219 B2 | 3/2005 | Noordergraaf | | |
| 6,938,057 B2 | 8/2005 | Gusler | | |
| 6,986,005 B2 | 1/2006 | Vo | | |
| 6,990,513 B2 | 1/2006 | Belfiore | | |

(Continued)

#### OTHER PUBLICATIONS

Calzarossa, M., and M. Kubát, "Processor Allocation in Parallel Systems," Proceedings of the IEEE International Conference on Computer Systems and Software Engineering (COMPEURO '91), Bologna, Italy, May 13-16, 1991, pp. 133-137.

(Continued)

*Primary Examiner* — Edward Martello
(74) *Attorney, Agent, or Firm* — Christensen O'Connor Johnson Kindness PLLC

(57) **ABSTRACT**

Described herein is technology for, among other things root image caching and indexing for block-level distributed application management. The technology involves storing blocks of a root image on a first storage unit and storing blocks of leaf images on respective second storage units. The leaf images include additional data blocks not previously contained in the root image and changes made by respective compute nodes to the blocks of the root image. The technology includes caching blocks of the root image that have been accessed by at least one compute node. The technology also includes receiving indexing results pertaining to the root image from one compute node and providing the results for other compute nodes.

27 Claims, 6 Drawing Sheets



CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 21

# U.S. Pat. No. 8,332,844 – Representative Claim

- At least claim 7 of Patent No. 8,332,844 reads on Munich RE's use of Docker

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 22

# U.S. Pat. No. 8,332,844 – Representative Product



## Docker overview

Docker is an open platform for developing, shipping, and running applications. Docker enables you to separate your applications from your infrastructure so you can deliver software quickly. With Docker, you can manage your infrastructure in the same ways you manage your applications. By taking advantage of Docker's methodologies for shipping, testing, and deploying code quickly, you can significantly reduce the delay between writing code and running it in production.

*Source: https://docs.docker.com/engine/docker-overview/*



*Source: https://docs.docker.com/engine/docker-overview/*



*Source: https://docs.docker.com/storage/storagedriver/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 23

# U.S. Pat. No. 8,332,844 – Representative Product

## Docker overview





**Example** `docker run` **command**

The following command runs an `ubuntu` container, attaches interactively to your local command-line session, and runs `/bin/bash`.

```
$ docker run –i –t ubuntu /bin/bash
```

When you run this command, the following happens (assuming you are using the default registry configuration):

1. If you do not have the `ubuntu` image locally, Docker pulls it from your configured registry, as though you had run `docker pull ubuntu` manually.

2. Docker creates a new container, as though you had run a `docker container create` command manually.

3. Docker allocates a read-write filesystem to the container, as its final layer. This allows a running container to create or modify files and directories in its local filesystem.

4. Docker creates a network interface to connect the container to the default network, since you did not specify any networking options. This includes assigning an IP address to the container. By default, containers can connect to external networks using the host machine's network connection.

5. Docker starts the container and executes `/bin/bash`. Because the container is running interactively and attached to your terminal (due to the `–i` and `–t` flags), you can provide input using your keyboard while the output is logged to your terminal.

6. When you type `exit` to terminate the `/bin/bash` command, the container stops but is not removed. You can start it again or remove it.

*Source:*
*https://docs.docker.com/engine/docker-overview/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 24

# U.S. Pat. No. 8,332,844 – Representative Product

## Machine Learning Engineer

**Company**
Munich Re Life US

**Location**
New York , United States

Nice to have:

- Infrastructure: experience with ML platform / orchestration tools (e.g., MLFlow, Flyte, Sagemaker, etc); familiarity with containerization (e.g., Docker), orchestration (e.g., Kubernetes) and infrastructure-as-code (e.g., Terraform)
- Machine Learning: experience with Hugging Face, modelling libraries (e.g., scikit-learn, PyTorch), 3rd party LLMs (OpenAI models, Claude, etc.)

Published on 04/30/2025

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

7

PDF Page # 25

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

## Docker overview

Docker is an open platform for developing, shipping, and running applications. Docker enables you to separate your applications from your infrastructure so you can deliver software quickly. With Docker, you can manage your infrastructure in the same ways you manage your applications. By taking advantage of Docker's methodologies for shipping, testing, and deploying code quickly, you can significantly reduce the delay between writing code and running it in production.

*Source: https://docs.docker.com/...*

## The Docker platform

Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security allows you to run many containers simultaneously on a given host. Containers are lightweight and contain everything needed to run the application, so you do not need to rely on what is currently installed on the host. You can easily share containers while you work, and be sure that everyone you share with gets the same container that works in the same way.



*Source: https://docs.docker.com/get-started/overview/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV). All rights reserved.

PDF Page # 26

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

FIG. 2 is a diagram of a system 200 for root image caching and indexing in a block-level distributed application environment, in accordance with various embodiments of the present disclosure. In one embodiment, system 200 is implemented in a multi-computer system, such as an HPC cluster. In one embodiment, the application environment includes an operating system. In other embodiments, the application environment may contain other applications. System 200 has a number of compute nodes 220a-n coupled to first storage unit 240 and a corresponding second storage unit 250a-n though a corresponding union block device (UBD) 230a-n. To the compute nodes 220a-n, it appears that they have access to their own version of a distributed application environment. However, a separate and complete boot image is not created and stored for each compute node 220a-n.

System 200 has a first storage unit 240 for storing blocks of a root image of an application environment. The root image contains data initially common to the compute nodes 220a-n. The root image is not changed by compute nodes 220a-n. For example, in one embodiment, compute nodes 220a-n have read-only access to the first storage unit 240.



*Specification Support:* Col. 5 line 12-33 and Fig. 2

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 27

# U.S. Pat. No. 8,332,844 – Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

> **Commentary**: An image (root image), which is the read-only template with instructions for Docker containers (compute nodes) is stored in image layer of Docker registry i.e. lowerdir (first storage unit).



Source: https://docs.docker.com/storage/storagedriver/

An *image* is a read-only template with instructions for creating a Docker container. Often, an image is *based on* another image, with some additional customization. For example, you may build an image which is based on the `ubuntu` image, but installs the Apache web server and your application, as well as the configuration details needed to make your application run.

A Docker *registry* stores Docker images. Docker Hub is a public registry that anyone can use, and Docker is configured to look for images on Docker Hub by default. You can even run your own private registry.

Source: https://docs.docker.com/get-started/overview/

## Images and layers

A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:

This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:18.04` image. The `LABEL` command only modifies the image's metadata, and does not produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which does not produce an image layer.

Source: https://docs.docker.com/storage/storagedriver/

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.



Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**PDF Page # 28**

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

> **Commentary**: *The writable layer (leaf image) contains all the updates such as new files or modifications associated with the container.*

ment may contain other applications. System **200** has a number of compute nodes **220a-n** coupled to first storage unit **240** and a corresponding second storage unit **250a-n** though a corresponding union block device (UBD) **230a-n**. To the compute nodes **220a-n**, it appears that they have access to their own version of a distributed application environment. However, a separate and complete boot image is not created and stored for each compute node **220a-n**.

Moreover, each compute node **220a-n** has a corresponding second storage unit **250a-n** for storing a leaf image. The first storage unit **240** and second storage units **250a-n** may each be contained on separate physical storage devices, on separate logical spaces on the same storage device, or any combination thereof. Regardless, the first storage unit **240** and the second storage units **250a-n** may be contained within a single storage appliance. The leaf image may contain blocks of new data, blocks of changed data, or other blocks of data unique to the individual compute node. The leaf image may also contain a block modification log. In other words, a leaf image will describe the changes made by the respective compute node **220a-n** to its instance of the application environment. Thus,



*Specification Support:* Col. 5 line 12-26, Col. 5 line 33-45 and  Fig. 2

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**PDF Page # 29**

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

> **Commentary**: *The writable layer (leaf image) contains all the updates such as new files or modifications associated with the container.*



*Source: https://docs.docker.com/storage/storagedriver/*

## CONTAINERS

A container is a runnable instance of an image. You can create, start, stop, move, or delete a container using the Docker API or CLI. You can connect a container to one or more networks. attach storage to it. or even create a new image based on its current state. A container is defined by its image as well as any configuration options you provide to it when you create or start it. When a container is removed, any changes to its state that are not stored in persistent storage disappear.

When you run an image and generate a container, you add a new *writable layer* (the "container layer") on top of the underlying layers. All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer.

### Container and layers

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Docker uses storage drivers to manage the contents of the image layers and the writable container layer. Each storage driver handles the implementation differently, but all drivers use stackable image layers and the copy-on-write (CoW) strategy.

When you use `docker pull` to pull down an image from a repository, or when you create a container from an image that does not yet exist locally, each layer is pulled down separately, and stored in Docker's local storage area, which is usually `/var/lib/docker/` on Linux hosts. You can see these layers being pulled in this example:



*Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/*

*Source: https://docs.docker.com/engine/docker-overview/*

*Source: https://docs.docker.com/...*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**PDF Page # 30**

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

Moreover, each compute node **220a-n** has a corresponding second storage unit **250a-n** for storing a leaf image. The first storage unit **240** and second storage units **250a-n** may each be contained on separate physical storage devices, on separate logical spaces on the same storage device, or any combination thereof. Regardless, the first storage unit **240** and the second storage units **250a-n** may be contained within a single storage appliance. The leaf image may contain blocks of new data, blocks of changed data, or other blocks of data unique to the individual compute node. The leaf image may also contain a block modification log. In other words, a leaf image will describe the changes made by the respective compute node **220a-n** to its instance of the application environment. Thus, when a compute node (e.g., node **220a**) makes changes involving the root image, modifications are made to that compute node's leaf image (e.g., leaf image stored on second storage device **250a**). With respect to changes to the root image, only the specific blocks that are changed are stored in the leaf image. For example, a particular file on the root image may comprise twenty blocks of data (e.g., blocks **1-20**). One compute node (e.g., compute node **220a**) desires to make a change to this file which involves a modification of only a few specific blocks of the file (e.g., blocks **4-9**). In this example, only the modified blocks (e.g., blocks **4-9**) will be stored in the compute node's leaf image (e.g., leaf image stored on second storage device **250a**) plus some small overhead.

**Specification Support:** Col. 5 line 33-58

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 31

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.



Source: https://docs.docker.com/storage/storagedriver/

## Copying makes containers efficient

When you start a container, a thin writable container layer is added on top of the other layers. Any changes the container makes to the filesystem are stored here. Any files the container does not change do not get copied to this writable layer. This means that the writable layer is as small as possible.

Docker uses storage drivers to manage the contents of the image layers and the writable container layer. Each storage driver handles the implementation differently, but all drivers use stackable image layers and the copy-on-write (CoW) strategy.

When you use `docker pull` to pull down an image from a repository, or when you create a container from an image that does not yet exist locally, each layer is pulled down separately, and stored in Docker's local storage area, which is usually `/var/lib/docker/` on Linux hosts. You can see these layers being pulled in this example:

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state.

Source: https://docs.docker.com/storage/storagedriver/

## IMAGES

An *image* is a read-only template with instructions for creating a Docker container. Often, an image is *based on* another image, with some additional customization. For example, you may build an image which is based on the `ubuntu` image, but installs the Apache web server and your application, as well as the configuration details needed to make your application run.

You might create your own images or you might only use those created by others and published in a registry. To build your own image, you create a *Dockerfile* with a simple syntax for defining the steps needed to create the image and run it. Each instruction in a Dockerfile creates a layer in the image. When you change the Dockerfile and rebuild the image, only those layers which have changed are rebuilt. This is part of what makes images so lightweight, small, and fast, when compared to other virtualization technologies.

Source: https://docs.docker.com/engine/docker-overview/

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.



Source: https://docs.docker.com/storage/storagedriver/

## Container and layers

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Source: https://docs.docker.com/storage/storagedriver/

An *image* is a read-only template with instructions for creating a Docker container. Often, an image is *based on* another image, with some additional customization. For example, you may build an image which is based on the `ubuntu` image, but installs the Apache web server and your application, as well as the configuration details needed to make your application run.

Source: https://docs.docker.com/get-started/overview/

### Copying makes containers efficient

When you start a container, a thin writable container layer is added on top of the other layers. Any changes the container makes to the filesystem are stored here. Any files the container does not change do not get copied to this writable layer. This means that the writable layer is as small as possible.

Source: https://docs.docker.com/storage/storagedriver/



Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV). All rights reserved.

PDF Page # 33

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

Step **322** involves caching blocks of the root image that have been accessed by a compute node. In doing so, embodiments improve the access time for subsequent compute nodes requesting to access the same blocks of data.

Step **324** involves receiving a read request from a compute node. At step **326**, a determination is made as to whether the data requested by the compute node is currently stored in the cache. If a portion of the data is currently stored in the cache, that portion is then served from the cache (step **328**), thus improving the access time with respect to that portion of data as compared to otherwise retrieving it from a storage unit such as a hard disk.



*Specification Support:* Col. 8 line 1-12 and Fig. 3A

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 34

# U.S. Pat. No. 8,332,844 - Claim 7

7. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.



Source: https://docs.docker.com/storage/storagedriver/

## Understanding the Docker Cache for Faster Builds

At each occurrence of a RUN command in the Dockerfile, Docker will create and commit a new layer to the image, which is just a set of tightly-coupled directories full of various file structure that comprise a Docker image. In a default install, these are located in /var/lib/docker.

During a new build, all of these file structures have to be created and written to disk — this is where Docker stores base images. Once created, the container (and subsequent new ones) will be stored in the folder in this same area.

What makes the cache important? If the objects on the file system that Docker is about to produce are unchanged between builds, reusing a cache of a previous build on the host is a great time-saver. It makes building a new container really, really fast. None of those file structures have to be created and written to disk this time — the reference to them is sufficient to locate and reuse the previously built structures.

This is an order of magnitude faster than a a fresh build. If you're building many containers, this reduced build-time means getting that container into production costs less, as measured by compute time.

External Source: https://thenewstack.io/understanding-the-docker-cache-for-faster-builds/

> **Commentary**: The data contained in Docker image (root image) is located in in.var//lib/Docker. The data is stored in cache (cache memory) and is reused to build new containers.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 35



**IV PROPRIETARY – SUBJECT TO FRE 408**
See restrictions on title page.

# U.S. Patent 8,352,584 (Franklin)
# Munich RE - Multi-Cluster Kubernetes

**IV PROPRIETARY – SUBJECT TO FRE 408 (CONFIDENTIAL SETTLEMENT COMMUNICATION)**

This document contains proprietary information that shall not be distributed or redistributed.

Copyright © 2025 Intellectual Ventures Management, LLC (IV). All rights reserved.

# Legal Disclaimer

The information provided in and with this presentation is provided as of the date this presentation is first delivered and contains proprietary information that shall not be further distributed or redistributed.

Information regarding any patents provided herein is for illustrative purposes only and the fact that any particular patent or patent claim has been or is now being presented should not be interpreted to mean that such patents/patent claims are the "only" or "best" that could be presented. IIF offers options to license its entire patent portfolio as well as a license to (a) any and all patents that formed the basis of any EOUs, or (b) specifically identified patents selected, in either case, with the availability of any such license not being conditioned upon licensing any of the other IIF patents.

Interpretation of claim terminology is a matter of claim construction that is reserved for the courts.  The use of any claim terminology in this presentation does not represent the final position on claim construction, nor is it an admission of claim construction.  The parties understand that claim terms may be modified or adapted which may result in multiple or alternate interpretations of claim language.   The parties acknowledge that a future position regarding any patent or patent claim may change or be contrary to any position taken with respect to such patent/patent claim in this presentation.  Similarly, no position is being taken with respect to whether any patent or patent claim is essential or non-essential to any standard, nor whether any patent or patent claim confers a market dominant position.

Certain information contained in this presentation constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," or "believe," the negatives thereof or comparable terminology. Actual events or performance may differ materially from those contemplated in such forward-looking statements.

Certain information contained herein has been obtained from sources prepared by third parties. While such information is believed to be reliable for the purpose used herein, IV does not assume any responsibility for the accuracy or completeness of such information and has not independently verified such information.

Any oral comments or suggestions are made to facilitate communication and are not final or binding on the parties. There is no obligation on the part of any party with respect to any transactions contemplated herein and any such transactions will be subject to separately negotiated definitive agreement(s), including any other necessary documents related to the agreement(s), that have been approved and executed by the applicable parties.

All trademarks and tradenames used herein are the property of their respective owners.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 38

# U.S. Pat. No. 8,352,584

(12) **United States Patent**
Franklin

(54) **SYSTEM FOR HOSTING CUSTOMIZED COMPUTING CLUSTERS**

(75) Inventor: **Jeffrey B. Franklin**, Louisville, CO (US)

(73) Assignee: **Light Refracture Ltd., LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/894,664**

(22) Filed: **Sep. 30, 2010**

(65) **Prior Publication Data**

US 2011/0023104 A1     Jan. 27, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/927,921, filed on Oct. 30, 2007, now Pat. No. 7,822,841.

(51) Int. Cl.
G06F 15/16     (2006.01)
G06F 15/173    (2006.01)
G06F 15/177    (2006.01)

(52) **U.S. Cl.** .......... **709/223**; 713/153; 719/311; 726/11; 726/12; 709/224

(58) **Field of Classification Search** .................. 709/223, 709/224; 713/153; 719/311; 726/12, 11
See application file for complete search history.

US008352584B2

(12) **United States Patent**
Franklin

(10) Patent No.:     **US 8,352,584 B2**
(45) Date of Patent:     *Jan. 8, 2013

(54) **SYSTEM FOR HOSTING CUSTOMIZED COMPUTING CLUSTERS**

(75) Inventor: **Jeffrey B. Franklin**, Louisville, CO (US)

(73) Assignee: **Light Refracture Ltd., LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/894,664**

(22) Filed: **Sep. 30, 2010**

(65) **Prior Publication Data**

US 2011/0023104 A1     Jan. 27, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/927,921, filed on Oct. 30, 2007, now Pat. No. 7,822,841.

(51) Int. Cl.
G06F 15/16     (2006.01)
G06F 15/173    (2006.01)
G06F 15/177    (2006.01)

(52) **U.S. Cl.** .......... **709/223**; 713/153; 719/311; 726/11; 726/12; 709/224

(58) **Field of Classification Search** .................. 709/223, 709/224; 713/153; 719/311; 726/12, 11
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,731,860 A     3/1988     Wahl
4,837,831 A     6/1989     Gillick et al.
5,079,765 A     1/1992     Nakamura
5,185,860 A     2/1993     Wu
5,224,205 A     6/1993     Dinkin et al.
5,371,852 A     12/1994    Attanasio et al.
5,649,141 A     7/1997     Yamazaki
5,694,615 A     12/1997    Thapar et al.
(Continued)

FOREIGN PATENT DOCUMENTS

WO     2009058642     5/2009

OTHER PUBLICATIONS

Lee, Dong Woo, et al., "visPerf: Monitoring Tool for Grid Computing" In Proceedings of the International Conference on Computational Science 2003 (LNCS vol. 2659/2003), Dec. 31, 2003.

(Continued)

*Primary Examiner* — Haresh N Patel
(74) *Attorney, Agent, or Firm* — Stolowitz Ford Cowger LLP

(57) **ABSTRACT**

A computer system for hosting computing clusters for clients. The system includes clusters each including a set of computing resources and each implemented in custom or differing configurations. Each of the configurations provides a customized computing environment for performing particular client tasks. The configurations may differ due to configuration of the processing nodes, the data storage, or the private cluster network or its connections. The system includes a monitoring system that monitors the clusters for operational problems on a cluster level and also on a per-node basis such as with monitors provided for each node. The system controls client access to the clusters via a public communications by only allowing clients to access their assigned cluster or the cluster configured per their specifications and performing their computing task. Gateway mechanisms isolate each cluster such that communications within a cluster or on a private cluster communications network are maintained separate.

**13 Claims, 7 Drawing Sheets**



CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

3

**PDF Page # 39**

# U.S. Pat. No. 8,352,584 – Representative Claim

- At least Claim 1 of Patent No. 8,352,584 reads on Munich RE's use of multi-cluster Kubernetes

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 40

# U.S. Pat. No. 8,352,584 – Representative Product





[Introduction to Container Network Interface (CNI) | by Addo Zhang | Medium](#)

[11 Ways (Not) to Get Hacked | Kubernetes](#)

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**PDF Page # 41**

# U.S. Pat. No. 8,352,584 – Representative Product

## Machine Learning Engineer

**Company**
Munich Re Life US
**Location**
New York , United States

Nice to have:

- Infrastructure: experience with ML platform / orchestration tools (e.g., MLFlow, Flyte, Sagemaker, etc); familiarity with containerization (e.g., Docker), orchestration (e.g., Kubernetes) and infrastructure-as-code (e.g., Terraform)
- Machine Learning: experience with Hugging Face, modelling libraries (e.g., scikit-learn, PyTorch), 3rd party LLMs (OpenAI models, Claude, etc.)

Published on 04/30/2025

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

6

PDF Page # 42

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

## The Kubernetes network model

Every `Pod` in a cluster gets its own unique cluster-wide IP address. This means you do not need to explicitly create links between `Pods` and you almost never need to deal with mapping container ports to host ports.

This creates a clean, backwards-compatible model where `Pods` can be treated much like VMs or physical hosts from the perspectives of port allocation, naming, service discovery, load balancing, application configuration, and migration.

Kubernetes imposes the following fundamental requirements on any networking implementation (barring any intentional network segmentation policies):

- pods can communicate with all other pods on any other node without NAT
- agents on a node (e.g. system daemons, kubelet) can communicate with all pods on that node

[Services, Load Balancing, and Networking | Kubernetes](#)

### Kubernetes Networking Explained in Details

The Kubernetes network model makes it possible for different components of a Kubernetes cluster, like **Nodes**, **Pods**, **Services**, and external traffic, to talk to each other. Kubernetes manages network traffic automatically, directing it across your Nodes to get to your resources.

*Source:* https://medium.com/@arton.demaku/kubernetes-networking-explained-in-details-4e56efb93bd8#:~:text=The%20Kubernetes%20network%20model%20makes,to%20get%20to%20your%20resources.

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 43

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

## Terminology 🔗

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

## What is Ingress? 🔗

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

Here is a simple example where an Ingress sends all its traffic to one Service:



Figure. Ingress

### Nodes

Kubernetes runs your workload by placing containers into Pods to run on Nodes. A node may be a virtual or physical machine, depending on the cluster. Each node is managed by the control plane and contains the services necessary to run Pods.

Typically you have several nodes in a cluster; in a learning or resource-limited environment, you might have only one node.

The components on a node include the kubelet, a container runtime, and the kube-proxy.

*Source:*
*https://kubernetes.io/docs/concepts/architecture/nodes/*

An Ingress may be configured to give Services externally-reachable URLs, load balance traffic, terminate SSL / TLS, and offer name-based virtual hosting. An Ingress controller is responsible for fulfilling the Ingress, usually with a load balancer, though it may also configure your edge router or additional frontends to help handle the traffic.

An Ingress does not expose arbitrary ports or protocols. Exposing services other than HTTP and HTTPS to the internet typically uses a service of type Service.Type=NodePort or Service.Type=LoadBalancer.

*Source:  https://kubernetes.io/docs/concepts/services-networking/ingress/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV). All rights reserved.

PDF Page # 44

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

## Terminology 🔗

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

*Source:* *https://kubernetes.io/docs/concepts/services-networking/ingress/*

A multi-cluster deployment uses two or more clusters:



*Source:* *https://www.getambassador.io/blog/mastering-kubernetes-multi-cluster-availability-scalability*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**PDF Page # 45**

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

**Commentary:** *Kubernetes monitoring system examples.*

## Monitor Node Health

*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.

To learn how to install and use Node Problem Detector, see Node Problem Detector project documentation.

*Source:*
*https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/*

*Source: https://medium.com/@kalimitalha8/mastering-kubernetes-networking-types-setup-and-best-practices-8e95a1c956c6*

## Mastering Kubernetes Networking: Types, Setup, and Best Practices

Mohammed Talha Kalimi · Follow
4 min read · Sep 14, 2024

69    1



ClusterIP     Loadbalancer     NodePort

Kubernetes networking plays a crucial role in ensuring smooth communication between containers, services, and external resources. In this blog, we'll explore the different types of networking in Kubernetes, how it works, and provide step-by-step instructions to set it up effectively.

*Source: https://www.tigera.io/learn/guides/prometheus-monitoring/prometheus-kubernetes/?utm_campaign=Prometheus&utm_medium=blog&utm_source=Website&utm_term=Prometheus-for-Kubernetes:-An-In-Depth-Look*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 46

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

**_Commentary:_** _Kubernetes monitoring system example._

## Key Characteristics a Kubernetes Ingress Gateway

## Advanced Routing

It supports more sophisticated routing capabilities, including:

- **Path-based Routing**: Directing traffic to different services based on URL paths.

- **Header-based Routing**: Routing decisions based on HTTP headers, enabling more granular control over traffic.

- **Traffic Splitting**: Diverting a percentage of traffic to different versions of a service (canary deployments).

- **URL Rewriting**: Modifying URL paths before forwarding requests to backend services.

## Observability

Ingress Gateways provide comprehensive metrics and logging capabilities. This allows operators to monitor traffic patterns, diagnose issues, and optimize performance effectively.

_Source: https://tetrate.io/learn/kubernetes/kubernetes-ingress-gateway/_

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

11

**PDF Page # 47**

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

## Define clusters, users, and contexts 🔗

Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.

*Source: https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/*

## Jobs

Jobs represent one-off tasks that run to completion and then stop.

A Job creates one or more Pods and will continue to retry execution of the Pods until a specified number of them successfully terminate. As pods successfully complete, the Job tracks the successful completions. When a specified number of successful completions is reached, the task (ie, Job) is complete. Deleting a Job will clean up the Pods it created. Suspending a Job will delete its active Pods until the Job is resumed again.

*Source: https://kubernetes.io/docs/concepts/workloads/controllers/job/*

## Kubernetes Multi-Cluster Architecture and Approaches

A Kubernetes multi-cluster architecture can be designed using different strategies, depending on the application requirements and infrastructure constraints. Here are two common approaches:

- **Replicated architecture:** In this architecture, the entire application stack, including all its services and components, is deployed across multiple Kubernetes clusters. Each cluster runs a complete copy of the application, ensuring that all services are available in each cluster.
- **Split-by-service architecture:** In this architecture, different parts of the application are deployed in separate Kubernetes clusters. Instead of replicating the entire application stack, each cluster is responsible for running specific services or components.

*Source: https://www.tigera.io/learn/guides/kubernetes-networking/kubernetes-multi-cluster/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 48

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

**Commentary:** *Nodes in Kubernetes are worker machines with access to organized groups of resources such as CPU and memory. Nodes are managed by the Kubernetes control plane. A pod (and its containers) always run on a node.*

Kubernetes Documentation / Concepts / Configuration / Resource Management for Pods and Containers

## Resource Management for Pods and Containers

When you specify a Pod, you can optionally specify how much of each resource a container needs. The most common resources to specify are CPU and memory (RAM); there are others.

When you specify the resource *request* for containers in a Pod, the kube-scheduler uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the kubelet enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use.

*Source:*
*https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/*



A Kubernetes cluster consists of a control plane and one or more worker nodes. Here's a brief overview of the main components:

### Control Plane Components

Manage the overall state of the cluster:

**kube-apiserver**
The core component server that exposes the Kubernetes HTTP API

**etcd**
Consistent and highly-available key value store for all API server data

**kube-scheduler**
Looks for Pods not yet bound to a node, and assigns each Pod to a suitable node.

**kube-controller-manager**
Runs controllers to implement Kubernetes API behavior.

**cloud-controller-manager** (optional)
Integrates with underlying cloud provider(s).

### Node Components

Run on every node, maintaining running pods and providing the Kubernetes runtime environment:

**kubelet**
Ensures that Pods are running, including their containers.

**kube-proxy** (optional)
Maintains network rules on nodes to implement Services.

**Container runtime**
Software responsible for running containers. Read Container Runtimes to learn more.

*https://kubernetes.io/docs/concepts/overview/components/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

**PDF Page # 49**

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and
wherein the second cluster is a high performance cluster.

---

**_Commentary:_** _Ingress example (first and second gateways)._

## Ingress

Make your HTTP (or HTTPS) network service available using a protocol-aware configuration mechanism, that understands web concepts like URIs, hostnames, paths, and more. The Ingress concept lets you map traffic to different backends based on rules you define via the Kubernetes API.

ⓘ **FEATURE STATE:** Kubernetes v1.19 [stable]

An API object that manages external access to the services in a cluster, typically HTTP.

Ingress may provide load balancing, SSL termination and name-based virtual hosting.

## Terminology

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

## What is Ingress?

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

Here is a simple example where an Ingress sends all its traffic to one Service:



Figure. Ingress

Source: <https://kubernetes.io/docs/concepts/services-networking/ingress/>

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

14

PDF Page # 50

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

---

**Commentary:** *Gateway API example (first and second gateways).*

---

## Gateway API

Gateway API is a family of API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

Make network services available by using an extensible, role-oriented, protocol-aware configuration mechanism. Gateway API is an add-on containing API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

## Design principles

The following principles shaped the design and architecture of Gateway API:

- **Role-oriented:** Gateway API kinds are modeled after organizational roles that are responsible for managing Kubernetes service networking:
  - **Infrastructure Provider:** Manages infrastructure that allows multiple isolated clusters to serve multiple tenants, e.g. a cloud provider.
  - **Cluster Operator:** Manages clusters and is typically concerned with policies, network access, application permissions, etc.
  - **Application Developer:** Manages an application running in a cluster and is typically concerned with application-level configuration and Service composition.
- **Portable:** Gateway API specifications are defined as custom resources and are supported by many implementations.
- **Expressive:** Gateway API kinds support functionality for common traffic routing use cases such as header-based matching, traffic weighting, and others that were only possible in Ingress by using custom annotations.
- **Extensible:** Gateway allows for custom resources to be linked at various layers of the API. This makes granular customization possible at the appropriate places within the API structure.

*Source: https://kubernetes.io/docs/concepts/services-networking/gateway/*

## Resource model

Gateway API has three stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.
- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.
- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

Gateway API is organized into different API kinds that have interdependent relationships to support the role-oriented nature of organizations. A Gateway object is associated with exactly one GatewayClass; the GatewayClass describes the gateway controller responsible for managing Gateways of this class. One or more route kinds such as HTTPRoute, are then associated to Gateways. A Gateway can filter the routes that may be attached to its `listeners`, forming a bidirectional trust model with routes.



CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV). All rights reserved.

PDF Page # 51

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.

---

**Guides: Kubernetes Multi Cluster**

## Multi-Cluster Kubernetes: A Practical Guide

### Workload Isolation

Multi-cluster Kubernetes allows you to isolate different workloads, such as development, staging, and production environments, in separate clusters. This improves fault tolerance and reduces the risk of cascading failures. Workload isolatio also enables you to enforce strict resource quotas and security policies on a per-cluster basis.

*Source https://www.tigera.io/learn/guides/kubernetes-networking/kubernetes-multi-cluster/*



### Configure Access to Multiple Clusters

This page shows how to configure access to multiple clusters by using configuration files. After your clusters, users, and contexts are defined in one or more configuration files, you can quickly switch between clusters by using the `kubectl config use-context` command.

### Define clusters, users, and contexts

Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.

*Source https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 52

# U.S. Pat. No. 8,352,584 – Claim 1

1. A computer system, comprising:

a private communications network linked to a public communications network;

a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network;

a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and

a monitoring system to monitor operations of the first cluster and the second cluster for communications problems;

wherein the first configuration differs from the second configuration;

wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and

wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage;

wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network;

wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network;

wherein communications between the first cluster and the second cluster are isolated;

wherein the first cluster is a high performance cluster; and

wherein the second cluster is a high performance cluster.



Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.

It groups containers that make up an application into logical units for easy management and discovery. Kubernetes builds upon 15 years of experience of running production workloads at Google, combined with best-of-breed ideas and practices from the community.



Planet Scale

Designed on the same principles that allow Google to run billions of containers a week, Kubernetes can scale without increasing your operations team.

*Source:* *https://kubernetes.io/*

CONFIDENTIAL – SUBJECT TO FRE 408 – SEE RESTRICTIONS ON TITLE PAGE
Copyright © 2025 Intellectual Ventures Management, LLC (IV).
All rights reserved.

PDF Page # 53



**CONFIDENTIAL – SUBJECT TO FRE 408**
See restrictions on title page.

**PDF Page # 54**