# EXHIBIT 11



**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, January 30, 2026 3:00 PM
**To:** Weisz, Edward <EWeisz@cozen.com>
**Cc:** Michelle Macartney <mmacartney@intven.com>
**Subject:** Re: [EXTERNAL] Munich Re - Intellectual Ventures

**\*\*EXTERNAL SENDER\*\***

Ed,

Please let us know how you would like to proceed.

Best,
**Steve Joroff**
Intellectual Ventures

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, August 1, 2025 6:58 PM
**To:** Weisz, Edward <EWeisz@cozen.com>
**Cc:** Michelle Macartney <mmacartney@intven.com>
**Subject:** Re: [EXTERNAL] Munich Re - Intellectual Ventures

Hi Ed,

Attached, please find a ZIP with the requested claim charts.  Please let us know if you would like to schedule a claim chart presentation meeting at which you can ask questions and better understand our position.

Best,

1

**Steve Joroff**
Intellectual Ventures

---

**From:** Weisz, Edward <EWeisz@cozen.com>
**Sent:** Wednesday, July 23, 2025 2:09 PM
**To:** Steve Joroff <sjoroff@intven.com>
**Subject:** [EXTERNAL] Munich Re - Intellectual Ventures

You don't often get email from eweisz@cozen.com. Learn why this is important
Dear Mr. Joroff:

Please see the attached letter concerning the above-referenced matter.

Thank you,
Ed



**Edward M. Weisz**
**Co-Chair, Patent Prosecution | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor **|** New York, NY 10007
P: 212-297-2660 F: 646-588-1392
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*