# EXHIBIT 19

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Application Serial No. ................................................................................10/321,107
Filing Date ............................................................................................12/17/2002
Confirmation No. ...................................................................................... 3631
Applicant ............................................................... Caldvor Acquisitions Ltd., LLC
Inventorship.............................................................................. Shawn Thomas
Group Art Unit .............................................................................................. 2169
Examiner ........................................................................ Sana A. Al Hashemi
Attorney's Docket No. .................................................................... CALD0002
Title:  Method and System for Integrated Asset Management

**RESPONSE TO FINAL OFFICE ACTION DATED NOVEMBER 21ST, 2008**

To:      Honorable Commissioner of Patents
         P.O. Box 1450
         Alexandria, VA 22313-1450

From:    Mark F. Niemann (Tel. 509-755-7259; Fax 509-755-7259)
         Sadler, Breen, Morasch & Colby, p.s.
         422 W. Riverside Avenue, Suite 424
         Spokane, WA 99201

         **Customer No. 75671**


         This responds to a final Office Action dated November 21st, 2008.

<u>SPECIFICATION AMENDMENTS</u>

Please amend the specification as follows:

<u>Amend the Title of the Application as follows:</u>

**~~Method and System for~~ Integrated Asset Management**

<u>Amend the heading after ¶[0001] and before ¶[0002] as follows:</u>

**BACKGROUND ~~OF THE INVENTION~~**

<u>Delete ¶[0002] to ¶[0004]</u>

<u>Amend the heading before ¶[0010] as follows:</u>

**SUMMARY ~~OF THE INVENTION~~**

<u>Substitute ¶[0009] as follows:</u>

**[0010]** ~~The present invention addresses the need for an improved method and system for integrated asset management. The present invention~~ <u>Various embodiments</u> provide[[s]] a method for asset management in which information concerning the asset and the user are aggregated from a variety of sources into a computerized centralized database. Thereafter, asset transition events are scheduled. Information from the centralized computerized database is used in the performance of the asset transition events and information relating to the asset transition events is added to the centralized computerized database. Subsequent changes to the asset are also recorded into the centralized computerized database. As a result, a plethora of information is available within said database for the purpose of managing future asset transition events.

<u>Amend the heading before ¶[0022] as follows:</u>

**DETAILED DESCRIPTION ~~OF THE EXEMPLARY EMBODIMENTS OF THE INVENTION~~**

<u>Substitute ¶[0022] to ¶[0023] as follows</u>:

**[0022]**  The numerous innovative teachings of the present application will be described with particular reference to the present~~ly preferred exemplary~~ embodiments. However, it should be understood that these embodiments provide only a few examples of the many advantageous uses of the innovative teachings herein. In general, statements made in the specification of the present application do not necessarily delimit any of the various claimed inventions. Moreover, some statements may apply to some inventive features, but not to others.

**[0023]**  FIG. 1 illustrates a typical asset management workflow. The initial step is to aggregate information 120. Information can be derived from a number of different sources. For example, information necessary in the asset transition may include ownership information 101, usage information 102, user information 103, legacy asset information 104, new asset information 105, software application information 106, financial information 107, site information 108, event history information 109, and logistical information 110. The initial assessment of available data sources dictates the process that will be used to acquire this information. In general, it ~~is generally~~ <u>may be</u> desirable to utilize existing data sources provided by the user. Because of the volume of information required, it is often difficult to obtain thorough information regarding the assets in question. In such cases, it ~~is often~~ <u>may be</u> necessary to proceed with an asset transition without all available information or to delay the asset transition until such time as the information is available.

<u>Substitute ¶[0026] to ¶[0027] as follows</u>:

**[0026]**  ~~The preferred~~ <u>A</u> method for integrated asset management according to <u>one embodiment</u> ~~the present invention~~ is shown in FIG. 2. ~~As in the prior art, the~~ <u>The</u> first step is to aggregate information 220. Once again, the type of information aggregated includes ownership information 201, usage information 202, user information 203, legacy asset information 204, new asset information 205, software application information 206, financial information 207, site information 208, event history information 209, and logistical information 210. Once aggregated, the information is stored, for example, in a relational database.

**[0027]**  Under this ~~preferred~~ embodiment, it ~~is critical~~ <u>may be desirable</u> to obtain accurate information in each of the foregoing instances. When accurate, up-to-date information is available, that information may be included within the information that is aggregated. If accurate and up-to-date information is not available, it ~~is~~ <u>may be</u> necessary to match multiple data sources and utilize discovery technology to build an accurate information repository. Although additional time is required to gather information anew, it ~~is~~ <u>may be desirable</u> ~~critical~~ to have accurate and

complete information in the repository. This information can be acquired in a number of ways. For example, the typical sources for user information are either the human resource system or e-mail. Typical sources for legacy asset information include fixed asset schedules and legacy asset management systems. Software application information may be found through an electronic discovery process and site information can be derived from the human resource system, fixed asset system, facilities information, IP address schemes, or internal address books.

**[0028]**  It is instructive to examine the type of information aggregated as part of ~~the preferred~~ <u>this</u> embodiment. For example, user information 203 provides details about each end user who will be involved from a service delivery standpoint. Such information includes the user's name, contact phone numbers, mail addresses, e-mail addresses and organizational information, such as manager, department and cost center. User information 203 may also include information regarding the user's role in the organization, if they have the IP status and if they are a remote user.

**IN THE CLAIMS**

**Claims pending:**
- At time of the Action:  1-34
- After this Response:  1-34 and 41-43

**Currently Amended claims**:  1-34
**Canceled or Withdrawn claims**:  None
**New claims:**  41, 42, and 43

This listing of claims replaces all prior versions and listings:

1.    (Currently Amended) A method ~~for integrated computer-related hardware asset management~~ comprising:

~~aggregating information into a centralized computerized database for a plurality of computer-related hardware assets;~~

~~scheduling a computer-related hardware asset transition event;~~

~~using said information in~~ performing ~~said~~ a̲ ~~computer-related hardware asset~~ transition event for at least one of a plurality of computer-related hardware devices, wherein each of the plurality of computer-related hardware devices includes a processor;

recording information from ~~said~~ the̲ ~~computer-related hardware asset~~ transition event into ~~said~~ a̲ centralized computerized database;

monitoring changes to ~~said~~ the plurality of computer-related hardware devices ~~assets~~ and recording ~~said~~ information associated with the changes into ~~said~~ the centralized computerized database; and

managing ~~future~~ at least one additional ~~computer-related hardware asset~~ transition event[[s]] for at least one of the plurality of computer related hardware devices using information available in ~~said~~ the centralized computerized database.

2.    (Currently Amended) The method of claim 1, wherein ~~said~~ the information available in the centralized computerized database ~~is selected from the~~

~~group consisting~~ includes at least one of: user information identifying a user of each computer-related hardware device ~~asset~~, legacy asset information concerning currently possessed computer-related hardware devices ~~assets~~, new ~~asset~~ information concerning newly acquired computer-related hardware devices ~~assets~~, software application information identifying software installed on the computer-related hardware devices ~~assets~~, site information identifying a location of the computer-related hardware devices ~~assets~~, [[and]] or event history information identifying previous computer-related hardware device ~~asset~~ transition events.

3.      (Currently Amended) The method of claim 1, wherein ~~said~~ the centralized computerized database is a relational database.

4.      (Currently Amended) The method of claim 1, wherein ~~said~~ the ~~computer-related hardware asset~~ transition event ~~is selected from the group consisting~~ comprises at least one of: an installation of at least one of the computer-related hardware devices ~~asset~~, a relocation of at least one of the computer-related hardware devices ~~asset~~, a disposition of at least one of the computer-related hardware devices ~~asset,~~ or [[and]] maintenance performed on at least one of the computer-related hardware devices ~~asset~~.

5.      (Currently Amended) The method of claim 1, wherein the plurality of computer-related hardware devices ~~assets~~ involved in ~~said~~ the ~~asset~~ transition event ~~are selected from the group consisting~~ includes at least one of: a desktop computer[[s]], a laptop computer[[s]], a handheld computer[[s]], a printer[[s]], a scanner[[s]], a networking device[[s]]; or a [[and]] storage device[[s]].

6.      (Currently Amended) The method of claim 1, wherein ~~said~~ the centralized computerized database is located remotely from the location of ~~said~~ the ~~computer-related hardware asset~~ transition event.

7.      (Currently Amended) The method of claim 1, wherein ~~said~~ the information from the transition event and the information associated with the changes are [[is]] transmitted to ~~said~~ the centralized computerized database through the Internet.

8.      (Currently Amended) The method of claim 1, wherein ~~said~~ the information from the transition event and the information associated with the changes are [[is]] transmitted to ~~said~~ the centralized computerized database through a local area network.

9.      (Currently Amended) The method of claim ~~7 or claim~~ 8, wherein ~~said~~ the information from the transition event and the information associated with the changes are [[is]] transmitted to ~~said~~ the centralized computerized database through secure, encrypted transmission.

10.     (Currently Amended) The method of claim 1, wherein ~~said~~ the information from the transition event and the information associated with the changes are [[is]] converted to formatted data files prior to ~~said~~ the transmission to ~~said~~ the centralized computerized database ~~for ease of storage and transfer~~.

11.     (Currently Amended) The method of claim 1, wherein ~~said~~ the information from the transition event and the information associated with the changes are [[is]] filtered prior to transmission to ~~said~~ the centralized computerized database to remove unwanted or redundant information.

12.     (Currently Amended)  The method of claim 1, wherein ~~said~~ the monitoring is conducted on a continuous basis using a communications link with the computer-related hardware devices ~~assets~~ and ~~said~~ the information associated

with the changes is recorded ~~changes are made~~ to ~~said~~ the centralized computerized database on a real-time basis.

13.    (Currently Amended) The method of claim 1, wherein ~~said~~ managing at least one additional transition event ~~management~~ includes ~~activities concerning the computer-related hardware assets~~ at least one of: ~~selected from the group consisting of~~ project management, installation, relocation management, lease management, exception management, scheduling management, workflow management, or [[and]] resource management.

14.    (Currently Amended) The method of claim 1, further comprising ~~wherein said method includes the generation~~ generating [[of]] reports derived from information located in ~~said~~ the centralized computerized database.

15.    (Currently Amended) The method of claim 14, wherein ~~said~~ the reports include at least one of: ~~are selected from the group consisting of~~ a project report[[s]], an asset report[[s]], a lease report[[s]], an activity report[[s]], an exception report[[s]], or a ~~and~~ consumer satisfaction report[[s]].

16.    (Currently Amended) The method of claim 1, further comprising ~~wherein said method has the ability to~~ monitoring, ~~update~~ updating, or [[and]] controlling versions of software resident on ~~said~~ the computer-related hardware devices ~~asset~~.

17.    (Currently Amended) The method of claim 1, further comprising ~~wherein said method provides a means for~~ translating ~~said~~ the information in ~~said~~ the centralized computerized database into a common language.

18.    (Currently Amended) A system ~~for integrated asset management~~ comprising:

a centralized computerized database;

~~assets electronically connected to said centralized computerized database;~~

~~means for aggregating information into said centralized computerized database for a plurality of computer-related hardware assets;~~

~~means for scheduling a computer-related hardware asset transition event;~~

means for ~~using said information in~~ performing ~~said~~ <u>a</u> ~~computer-related hardware asset~~ transition event <u>for at least one of a plurality of computer-related hardware devices using information stored in the centralized computerized database, wherein each of the plurality of computer related hardware devices includes a processor;</u>

means for recording information from ~~said~~ <u>the</u> ~~computer-related hardware asset~~ transition event into ~~said~~ <u>the</u> centralized computerized database;

means for monitoring changes to ~~said~~ <u>the plurality of</u> computer-related hardware <u>devices</u> ~~assets~~ and recording ~~said~~ <u>information associated with the</u> changes into ~~said~~ <u>the</u> centralized computerized database; and

means for managing ~~future~~ <u>at least one additional</u> ~~computer-related hardware asset~~ transition event[[s]] <u>for at least one of the plurality of computer related hardware devices</u> using information available in ~~said~~ <u>the</u> centralized computerized database.

19.    (Currently Amended) The system of claim 18<u>,</u> wherein ~~said~~ <u>the</u> centralized computerized database is located remotely from the location of ~~said~~ <u>the</u> ~~computer-related hardware asset~~ transition event.

20.    (Currently Amended) The system of claim 18<u>,</u> wherein ~~said~~ <u>the</u> centralized computerized database is a relational database.

21.    (Currently Amended) The system of claim 18, ~~wherein said~~ further comprising means for transmitting the information from the transition event and the information associated with the changes ~~is transmitted~~ to ~~said~~ the centralized computerized database through the Internet.

22.    (Currently Amended) The system of claim 18, ~~wherein said~~ further comprising means for transmitting the information from the transition event and the information associated with the changes ~~is transmitted~~ to ~~said~~ the centralized computerized database through a local area network.

23.    (Currently Amended) The system of ~~claim 21 or~~ claim 22, ~~wherein said~~ further comprising means for transmitting the information from the transition event and the information associated with the changes ~~is transmitted~~ to ~~said~~ the centralized computerized database through secure, encrypted transmission.

24.    (Currently Amended) The system of claim 18, wherein the computer-related hardware devices ~~assets~~ involved in ~~said~~ the ~~asset~~ transition event ~~are selected from the group consisting of~~ include at least one of: a desktop computer[[s]], a laptop computer[[s]], a handheld computer[[s]], a printer[[s]], a scanner[[s]], a networking device[[s]], or a [[and]] storage device[[s]].

25.    (Currently Amended)  The system of claim 18, wherein ~~said~~ the information available in the centralized computerized database ~~is selected from the group consisting~~ includes at least one of: user information identifying a user of each computer-related hardware device ~~asset~~, legacy asset information concerning currently possessed computer-related hardware devices ~~assets~~, new ~~asset~~ information concerning newly acquired computer-related hardware devices ~~assets~~, software application information identifying software installed on the computer-related hardware devices ~~assets~~, site information identifying a location of the

computer-related <u>hardware devices</u> ~~assets~~, [[and]] <u>or</u> event history information identifying previous computer-related <u>hardware device</u> ~~asset~~ transition events.

26.     (Currently Amended) The system of claim 18<u>,</u> wherein ~~said~~ <u>the</u> computer-related hardware <u>device</u> ~~asset~~ transition event ~~is selected from the group consisting~~ <u>comprises at least one</u> of<u>:</u> an installation of <u>at least one of</u> the computer-related hardware <u>devices</u> ~~asset~~, a relocation of <u>at least one of</u> the computer-related hardware <u>devices</u> ~~asset~~, a disposition of <u>at least one of</u> the computer-related hardware <u>devices</u> ~~asset~~<u>, or a</u> [[and]] maintenance performed on <u>at least one of</u> the computer-related hardware <u>devices</u> ~~asset~~.

27.     (Currently Amended) The system of claim 18<u>,</u> ~~wherein said~~ <u>further comprising means for converting the</u> information <u>from the transition event and the changes</u> ~~is converted~~ to formatted data files prior to ~~said~~ <u>the</u> transmission to ~~said~~ <u>the</u> centralized computerized database ~~for ease of storage and transfer~~.

28.     (Currently Amended) The system of claim 18<u>,</u> ~~wherein said~~ <u>further comprising means for filtering the</u> information <u>from the transition event and the changes</u> ~~is filtered~~ prior to transmission to ~~said~~ <u>the</u> centralized computerized database to remove unwanted or redundant information.

29.     (Currently Amended) The system of claim 18<u>,</u> wherein ~~said~~ <u>the</u> <u>means for monitoring changes to the plurality of computer-related hardware devices comprises means for continuously</u> monitoring <u>changes to the computer-related hardware devices</u> ~~is conducted on a continuous basis~~ using a communications link ~~with the computer-related hardware asset and said changes are made to said centralized computerized database on a real-time basis~~.

30.    (Currently Amended) The system of claim 18, wherein ~~said~~ the means for managing at least one additional transition event ~~management~~ includes ~~activities concerning the computer-related hardware assets~~ at least one of: ~~selected from the group consisting of~~ project management, installation, relocation management, lease management, exception management, scheduling management, workflow management, or [[and]] resource management.

31.    (Currently Amended) The system of claim 18, further comprising means for ~~wherein said method includes the generation~~ generating [[of]] reports derived from information located in ~~said~~ the centralized computerized database.

32.    (Currently Amended) The system of claim 31, wherein ~~said~~ the reports include at least one of: ~~are selected from the group consisting of~~ a project report[[s]], an asset report[[s]], a lease report[[s]], an activity report[[s]], an exception report[[s]], or a ~~and~~ consumer satisfaction report[[s]].

33.    (Currently Amended) The system of claim 18, further comprising means for ~~wherein said system has the ability to~~ monitoring, ~~update~~ updating, or [[and]] controlling versions of software resident on ~~said~~ the computer-related hardware devices ~~assets~~.

34.    (Currently Amended) The system of claim 18, further comprising means for ~~wherein said system provides a means for~~ translating ~~said~~ the information in ~~said~~ the centralized computerized database into a common language.

35 – 40.  (Canceled)

41.    (New) The method of claim 7, wherein the information from the transition event and the information associated with the changes are transmitted to the centralized computerized database through secure, encrypted transmission.

42.    (New) The system of claim 18, wherein the plurality of computer-related hardware devices are electronically connected to the centralized computerized database.

43.    (New) The system of claim 21, further comprising means for transmitting the information from the transition event and the information associated with the changes to the centralized computerized database through secure, encrypted transmission.

## REMARKS

Claims 1-34 have been amended. Claims 41-43 have been added. Claims 1-34 and 41-43 are pending in the application. In view of the following remarks, Applicant respectfully requests that the application be forwarded on to issuance.

### Rejections under § 102

Claims 1-5, 10-18, 20, and 24-34 stand rejected under 35 U.S.C. § 102(b) as being anticipated by U.S. Patent No. 5,414,843 to Nakamura et al. ("Nakamura").

### Rejections under § 103

Claims 6, 7, 19, and 21 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Nakamura in view of U.S. Publication No. 2002/0169714 to Ike et al. ("Ike").

Claims 8-9 and 22-23 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Nakamura in view of Official Notice.

### Allowable Subject Matter

Claims 2 and 25 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

### The Claims

**Claim 1** has been amended, and as amended recites a method comprising [added language is indicated in bold italics]:

- performing *a* transition event *for at least one of a plurality of computer-related hardware devices, wherein each of the plurality of computer-related hardware devices includes a processor*;

- recording information from **the** transition event into **a** centralized computerized database;
- monitoring changes to **the plurality of** computer-related hardware **devices** and recording **information associated with the** changes into **the** centralized computerized database; and
- managing **at least one additional** transition event **for at least one of the plurality of computer related hardware devices** using information available in **the** centralized computerized database.

In making out the rejection of this claim, the Office argues that claim 1 is anticipated by Nakamura. Applicant has amended claim 1 to recite a plurality of computer-related hardware **devices**, wherein each of the plurality of computer-related hardware devices **includes a processor**. Applicant respectfully submits that Nakamura does not teach or in any way suggest performing a transition event for at least one of a plurality of computer-related hardware devices that each includes a processor, as recited in claim 1. Rather, Nakamura discusses the production of "products", such as a software "program". (*Nakamura*, column 1, line 38). Applicant respectfully submits that a software program is not a computer-related hardware device that includes a processor, as claimed.

Accordingly, for at least this reason, Applicant submits that claim 1 is in condition for allowance.

**Claims 2-17 and 41** depend from claim 1 and thus are allowable as depending from an allowable base claim. These claims are also allowable for their own recited features which, in combination with those recited in claim 1, are neither disclosed nor suggested by the references of record.

In addition, **Claim 2** is objected to as being dependent upon a rejected base claim, but the Office notes that claim 2 would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims. Applicant has amended claim 2, but submits that claim 2, as amended, is still allowable over Nakamura as Nakamura does not teach or in any way suggest "the method of claim 1, wherein the information available in the

centralized computerized database includes at least one of: user information identifying a user of each computer-related hardware device, legacy asset information concerning currently possessed computer-related hardware devices, new information concerning newly acquired computer-related hardware devices, software application information identifying software installed on the computer-related hardware devices, site information identifying a location of the computer-related hardware devices, or event history information identifying previous computer-related hardware device transition events", as recited in claim 2.

In addition, to the extent that claims **6 and 7** are further rejected in view of Ike, Applicant submits that Ike fails to add anything of significance.

In addition, to the extent that claims **8 and 9** are further rejected in view of Official Notice, Applicant submits that Official Notice fails to add anything of significance.

**Claim 18** has been amended, and as amended recites a system comprising [added language is indicated in bold italics]:

- a centralized computerized database;
- means for performing *a* transition event *for at least one of a plurality of computer-related hardware devices using information stored in the centralized computerized database, wherein each of the plurality of computer related hardware devices includes a processor;*
- means for recording information from *the* transition event into *the* centralized computerized database;
- means for monitoring changes to *the plurality of* computer-related hardware *devices* and recording *information associated with the* changes into *the* centralized computerized database; and
- means for managing *at least one additional* transition event *for at least one of the plurality of computer related hardware devices* using information available in *the* centralized computerized database.

In making out the rejection of this claim, the Office argues that claim 18 is anticipated by Nakamura. Applicant has amended claim 18 to recite a plurality of computer-related hardware *devices*, wherein each of the plurality of computer-related hardware devices *includes a processor*. Applicant respectfully submits that Nakamura does not teach or in any way suggest means for performing a transition event for at least one of a plurality of computer-related hardware devices, wherein each of the plurality of computer-related hardware devices includes a processor, as recited in claim 18. Rather, Nakamura discusses the production of "products", such as a software "program". (*Nakamura*, column 1, line 38). Applicant respectfully submits that a software program is not a computer-related hardware device that includes a processor, as claimed.

Accordingly, for at least this reason, Applicant submits that claim 18 is in condition for allowance.

**Claims 19-24, 26-34, and 42-43** depend from claim 18 and thus are allowable as depending from an allowable base claim. These claims are also allowable for their own recited features which, in combination with those recited in claim 18, are neither disclosed nor suggested by the references of record.

In addition, to the extent that claims **19 and 21** are further rejected in view of Ike, Applicant submits that Ike fails to add anything of significance.

In addition, to the extent that claims **22 and 23** are further rejected in view of Official Notice, Applicant submits that Official Notice fails to add anything of significance.

In addition, **Claim 25** is objected to as being dependent upon a rejected base claim, but the Office notes that claim 25 would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims. Applicant has amended claim 25, but submits that claim 25, as amended, is still allowable over Nakamura as Nakamura does not teach or in any way suggest "the system of claim 18, wherein the information available in the centralized computerized database includes at least one of: user information

identifying a user of each computer-related hardware device, legacy asset information concerning currently possessed computer-related hardware devices, new information concerning newly acquired computer-related hardware devices, software application information identifying software installed on the computer-related hardware devices, site information identifying a location of the computer-related hardware devices, or event history information identifying previous computer-related hardware device transition events", as recited in claim 25.

### **Conclusion**

All of the claims are in condition for allowance. Accordingly, Applicant requests that the Office issue a Notice of Allowability. If the Office's next anticipated action is to be anything other than issuance of a Notice of Allowability, Applicant respectfully requests a telephone call for the purpose of scheduling an interview.

Respectfully Submitted,

Dated: <u>February 18, 2009</u>

By: <u>/Mark F. Niemann/</u>
Mark F. Niemann
Reg. No. 61817
Sadler, Breen, Morasch & Colby
(509) 755-7259

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10321107 |
| **Filing Date:** | 17-Dec-2002 |
| **Title of Invention:** | Method and system for integrated asset management |
| **First Named Inventor/Applicant Name:** | Shawn Thomas |
| **Filer:** | David Anthony Morasch/Travis R Henderson |
| **Attorney Docket Number:** | CALD0002 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Request for continued examination | 1801 | 1 | 810 | 810 |
| **Total in USD ($)** | | | | **810** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4816731 |
| **Application Number:** | 10321107 |
| **International Application Number:** | |
| **Confirmation Number:** | 3631 |
| **Title of Invention:** | Method and system for integrated asset management |
| **First Named Inventor/Applicant Name:** | Shawn  Thomas |
| **Customer Number:** | 75671 |
| **Filer:** | David Anthony Morasch/Travis R Henderson |
| **Filer Authorized By:** | David Anthony Morasch |
| **Attorney Docket Number:** | CALD0002 |
| **Receipt Date:** | 18-FEB-2009 |
| **Filing Date:** | 17-DEC-2002 |
| **Time Stamp:** | 17:27:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $810 |
| RAM confirmation Number | 2782 |
| Deposit Account | 504143 |
| Authorized User | SADLER,LANCE R. |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | RCE.pdf | 59284 <br> 5a8827f562a3b6ebf44cbd87c140a309c5bd6713 | no | 1 |

**Warnings:**

This is not a USPTO supplied RCE SB30 form.

**Information:**

| 2 | | CALD0002OAResponse.pdf | 170081 <br> 9523b8f1ddf920f138d438ff0bb7461c79ff4ab6 | yes | 18 |
|---|---|---|---|---|---|

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment After Final | 1 | 1 |
| Specification | 2 | 4 |
| Claims | 5 | 13 |
| Applicant Arguments/Remarks Made in an Amendment | 14 | 18 |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (PTO-06) | fee-info.pdf | 29666 <br> 745bfc129ef613dc8ffbf302f17bda62e185442b | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | | | |
|---|---|---|---|---|
| | | **Total Files Size (in bytes):** | 259031 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>10/321,107 | Filing Date<br>12/17/2002 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) | SMALL ENTITY ☒ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $     = | | OR X $     = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $     = | | X $     = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

|  | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| **02/18/2009** | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * 37 | Minus | ** 42 | = 0 | X $26 = | 0 | OR X $     = | | |
| Independent (37 CFR 1.16(h)) | * 2 | Minus | ***3 | = 0 | X $110 = | 0 | OR X $     = | | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | 0 | OR | TOTAL ADD'L FEE | |

|  | (Column 1) | | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | | |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $     = | | OR X $     = | | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $     = | | OR X $     = | | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/PAMELA YOUNG/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*