**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MUNICH RE AMERICA SERVICES, INC., MUNICH AMERICAN REASSURANCE COMPANY,  MUNICH LIFE MANAGEMENT CORPORATION LTD., and MÜNCHENER RÜCKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT IN MÜNCHEN,<br><br>Plaintiffs,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, CALLAHAN CELLULAR LLC, and OL SECURITY LLC,<br><br>Defendants. | Civil Action No. _____ |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Munich Re America Services, Inc. ("MRAS"), Munich American Reassurance Company ("MARC"), Munich Life Management Corporation Limited ("MLMC"), and Münchener Rückversicherungs-Gesellschaft Aktiengesellschaft in München ("MRE") (collectively, "Munich Re" or "Plaintiffs") hereby disclose the following:

Münchener Rückversicherungs-Gesellschaft Aktiengesellschaft in München (Munich Reinsurance Company or MRE) is the ultimate parent entity of the Munich Re Group. MRE is a publicly traded Aktiengesellschaft (stock corporation) organized under the laws of the Federal Republic of Germany, with its shares listed on the Frankfurt Stock Exchange (and traded on other German exchanges). No publicly held corporation owns 10% or more of MRE's stock.

1

All of the other Plaintiffs (MRAS, MARC, and MLMC) are indirect, wholly owned subsidiaries of MRE. There is no other publicly held corporation that owns 10% or more of the stock of any Plaintiff.

- Munich Re America Services, Inc. is a wholly owned subsidiary of Munich Re America Corporation, which is a wholly owned subsidiary of Munich American Holding Corporation, which is a wholly owned subsidiary of MRE.

- Munich American Reassurance Company is a wholly owned subsidiary of Munich Life Holding Corporation, which is a wholly owned subsidiary of Munich American Holding Corporation, which is a wholly owned subsidiary of MRE.

- Munich Life Management Corporation Limited is a wholly owned subsidiary of Munich Holdings Limited, which is a wholly owned subsidiary of MRE.

Dated: April 10, 2026

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD SMITH LLP**

OF COUNSEL:
Joshua D. Curry
Jonathan D. Goins
Lewis Brisbois Bisgaard Smith LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
josh.curry@lewisbrisbois.com
jonathan.goins@lewisbrisbois.com
Ph 404.348.8585

François O. Ecclesiaste
Lewis Brisbois Bisgaard Smith LLP
90 S 7th Street, Suite 2800
Minneapolis, MN 55402
francois.ecclesiaste@lewisbrisbois.com
Ph 612.428.5048

_/s/ Keith A. Walter_
Keith A. Walter (No. 4157)
Maliheh Zare (No. 7133)
500 Delaware Ave., Suite 700
Wilmington, DE 19801
Ph 302.985.6000
keith.walter@lewisbrisbois.com
maliheh.zare@lewisbrisbois.com

*Attorneys for Plaintiffs Munich Re America Services, Inc., Munich American Reassurance Company, Munich Life Management Corporation Ltd., and Münchener Rückversicherungs-Gesellschaft Aktiengesellschaft In München*