**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MUNICH RE AMERICA SERVICES, INC., et al., | |
| Plaintiffs, | |
| v. | C.A. No. 26-cv-397-GBW |
| INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, CALLAHAN CELLULAR LLC, and OL SECURITY LLC, | |
| Defendants. | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Intellectual Ventures I LLC, Intellectual Ventures II LLC, Callahan Cellular L.L.C., and OL Security Limited Liability Company disclose that (1) the ultimate parent company to Intellectual Ventures I LLC is Invention Investment Fund I, L.P., and (2) the ultimate parent company to Intellectual Ventures II LLC, Callahan Cellular L.L.C., and OL Security Limited Liability Company is Invention Investment Fund II, LLC.  No publicly held corporation owns 10 percent or more of the interest in any of the Defendants.

Dated: April 16, 2026

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*